**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**   TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE   TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**   Jeffrey P. Colwell, Clerk
   Attn: Senior Judge Team

**FROM:**   Judge Wiley Y. Daniel

**DATE:**   December 19, 2013

**RE:**   Civil Action No. **13-cv-03422-WYD-CBS**
   **ARAPAHOE SURGERY CENTER, LLC, CHERRY CREEK SURGERY CENTER, LLC, HAMPDEN SURGERY CENTER, LLC, KISSING CAMELS SURGERY CENTER, LLC, SURGCENTER OF BEL AIR, LLC, and WESTMINSTER SURGERY CENTER, LLC v. CIGNA HEALTHCARE, INC., CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTHCARE – MID-ATLANTIC, INC., and CIGNA HEALTHCARE OF COLORADO, INC.**

   Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.