**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03422

ARAPAHOE SURGERY CENTER, LLC,
et al.,

    Plaintiffs,

v.

CIGNA HEALTHCARE, INC., et al.,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF JOSHUA B. SIMON**

    PLEASE TAKE NOTICE THAT Joshua B. Simon, of Kirkland & Ellis LLP hereby enters his appearance as counsel of record in the above-captioned action on behalf of Defendants Cigna Healthcare, Inc., Connecticut General Life Insurance, Co., Cigna Healthcare of Colorado, Inc., Cigna Healthcare - Mid-Atlantic, Inc., Inc., and Counterclaim Plaintiff Cigna Health and Life Insurance Company.

    Respectfully submitted this 10th day of February, 2014,

    */s/ Edwin P. Aro*
    Edwin P. Aro
    ARNOLD & PORTER LLC
    370 Seventeenth Street, Suite 4400
    Denver, CO 80202
    Telephone: 303.863.1000
    ed.aro@aporter.com

    Joshua B. Simon
    Warren Haskel
    Ryan D. McEnroe
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue

New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:    (212) 446-4900  
ryan.mcenroe@kirkland.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of February, 2014, I filed and served the foregoing **NOTICE OF APPEARANCE** via CM-ECF which will send notification of such filing to all counsel of record.

                                                 /s/ Linda J. Teater