**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-03422-WJM-CBS

ARAPAHOE SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC
HAMPDEN SURGERY CENTER, LLC,
KISSING CAMELS SURGERY CENTER, LLC
SURGCENTER OF BEL AIR, LLC, and
WESTMINSTER SURGERY CENTER, LLC

Plaintiffs,

v.

CIGNA HEALTHCARE, INC.,
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTHCARE – MID-ATLANTIC, INC., and
CIGNA HEALTHCARE OF COLORADO, INC.

Defendants.

---

**JOINT MOTION FOR ORDER GRANTING**
**STIPULATED SCHEDULE FOR FILING AMENDED COMPLAINT,**
**RESPONSE TO AMENDED COMPLAINT AND RESPONSE TO COUNTERCLAIMS**

---

Arapahoe Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Hampden Surgery Center, LLC, Kissing Camels Surgery Center, LLC, SurgCenter of Bel Air, LLC, and Westminster Surgery Center, LLC (“Plaintiffs” and “Counterclaim Defendants”) and Cigna Healthcare, Inc., Connecticut General Life Insurance Company, Cigna Healthcare – Mid-Atlantic, Inc. and Cigna Healthcare of Colorado, Inc. (“Defendants” and “Counterclaim Plaintiffs”) hereby jointly move this Court for an Order granting the following stipulated schedule:

| Date | Event |
|---|---|
| March 3, 2014 | Plaintiffs file amended complaint. |
| April 11, 2014 | Defendants respond to amended complaint.<br><br>Counterclaim Defendants respond to counterclaims. |
| May 12, 2014 | Plaintiffs' opposition to Defendants' response to the amended complaint, if any.<br><br>Counterclaim Plaintiffs' opposition to Counterclaim Defendants' response to counterclaims, if any. |
| June 2, 2014 | Defendants' reply to Plaintiffs' opposition to Defendants' response to the amended complaint, if any.<br><br>Counterclaim Defendants' reply to Counterclaim Plaintiffs' opposition to response to counterclaims, if any. |

These dates were originally included in sections 6(d) and 6(e) of the Proposed Civil Scheduling Order submitted to this Court. In seeking an order approving these dates, the parties are cognizant of the Court's concerns regarding the previously proposed discovery and dispositive motion schedule and will endeavor to submit a creative proposed schedule addressing those concerns. However, the parties believe that the proposed stipulated schedule for filing of the initial pleadings would best serve to clarify and frame the issues in this case, and hence should facilitate the efficient discovery schedule sought by the Court.

For these reasons, the Parties move this Court to approve the joint stipulated schedule outlined above.

Dated: February 28, 2014

Respectfully submitted,

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
Colorado State Bar No. 38820
WHATLEY KALLAS, LLP
720 East Durant Street
Suite E6
Aspen, CO 81611
Tel: 970-300-4848
Fax: 970-429-8280
Email: jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel.: (212) 447-7060
Fax: (800)922-4851
Email: ekallas@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel.: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: tbrown@whatleykallas.com

*Attorney for Plaintiffs and Counterclaim Defendants*

*/s/ Joshua B. Simon*
Joshua B. Simon
Warren Haskel
Ryan D. McEnroe
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-4800
Fax: 212-446-6460
Email: jsimon@kirkland.com
warren.haskel@kirkland.com
ryan.mcenroe@kirkland.com

Edwin P. Aro
ARNOLD & PORTER LLC
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Tel: 303-863-1000
Email: ed.aro@aporter.com

*Attorney for Defendants and Counterclaim Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of February, 2014, a true and correct copy of the foregoing document was served with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Deborah J. Winegard*
Deborah J. Winegard