**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

_____

Civil Action No. 13-cv-03422

_____

ARAPAHOE SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
HAMPDEN SURGERY CENTER, LLC,
KISSING CAMELS SURGERY CENTER, LLC,
SURGCENTER OF BEL AIR, LLC, and
WESTMINSTER SURGERY CENTER, LLC,

      Plaintiffs,

v.

CIGNA HEALTHCARE, INC.,
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTHCARE - MID-ATLANTIC, INC., and
CIGNA HEALTHCARE OF COLORADO, INC.,

      Defendants.

_____

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER, NOTICE OF AGREEMENT REGARDING THE PRODUCTION OF MATERIALS FROM RELATED ACTION, AND NOTICE OF ESI STIPULATION**

_____

Plaintiffs and Counterclaim Defendants Arapahoe Surgery Center, LLC ("Arapahoe"), Cherry Creek Surgery Center, LLC ("Cherry Creek"), Hampden Surgery Center, LLC ("Hampden"), Kissing Camels Surgery Center, LLC ("Kissing Camels"), SurgCenter of Bel Air, LLC ("Bel Air"), Westminster Surgery Center LLC ("Westminster"), and Surgical Center Development, Inc. d/b/a SurgCenter Development ("SurgCenter") (collectively, "Plaintiffs and Counterclaim Defendants") and Defendants

and Counterclaim Plaintiffs Cigna Healthcare, Inc., Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Healthcare - Mid-Atlantic, Inc., and Cigna Healthcare of Colorado, Inc. (collectively, "Cigna") (individually, a "Party" and collectively, the "Parties"):

1.      The Parties anticipate that they may produce documents or divulge information in this case that one or more of the Parties deem to be confidential. This information includes, without limitation, the Parties' and third parties' confidential business records, documents, materials, and communications, as well as patient medical and billing records.

2.      Counsel for the Parties have agreed to request that the Court enter an appropriate protective order to preserve the confidential nature of the documents and information at issue.

3.      The Parties have agreed to a proposed Stipulated Protective Order, a copy of which is attached hereto as Exhibit 1. The Parties have also agreed to a stipulation regarding the production of materials from a related action, which is attached as Exhibit B to the Protective Order. Accordingly, the Parties respectfully request that the Court enter the attached Stipulated Protective Order.

4.      In addition, the Parties have agreed to a stipulation regarding the collection and production of documents and electronically stored information ("ESI") in this case, which is attached hereto as Exhibit 2.

        WHEREFORE, the Parties respectfully request that this Court grant this Motion and enter the attached Stipulated Protective Order.

Dated:  June 16, 2014

Respectfully submitted,

By: */s/ Edwin P. Aro*
Edwin P. Aro
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Telephone: 303.863.1000
ed.aro@aporter.com

Joshua B. Simon
Warren Haskel
Ryan D. McEnroe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10016
Telephone:  212.446.4800
Facsimile:  212.446.4900

*Counsel for Defendants and Counterclaim Plaintiffs*

By: */s/ W. Tucker Brown*
Joe R. Whatley, Jr.
Colorado State Bar No. 38820
WHATLEY KALLAS, LLP
720 East Durant Avenue, Suite E6
Aspen, CO 81611
Tel: (970) 300-4848
Fax: (970) 427-5536
Email: jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLP
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel.: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: tbrown@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591

Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

*Counsel for Plaintiffs, Counterclaim
Defendants, and Plaintiffs in Kissing
Camels Surgery Center, LLC et al v.
HCA, Inc., et al.*, 12-cv-3012 (D. Colo.)