IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03422-WJM-CBS | Date: July 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*      *Counsel:*

ARAPAHOE SURGERY CENTER, LLC, et al.      Joe Whatley, Jr.

Plaintiff,

v.

CIGNA HEALTHCARE, INC., et al.      Joshua Simon

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:51 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court regarding Motion for Leave to File Second Amended Complaint [48].

Mr. Whatley provides argument for Motion for Leave to File Second Amended Complaint [48].

Mr. Simon provides rebuttal argument for Motion for Leave to File Second Amended Complaint [48]. Discussion regarding Motion to Dismiss in a similar case. Defense counsel does not intend to object if the Motion is granted.

**ORDERED:**      Motion for Leave to File Second Amended Complaint [48] is **GRANTED** as stated on the record. The Second Amended Complaint is deemed as filed today.

                 Motion to Dismiss Counts VI and VII of Plaintiff's First Amended Complaint [41] is **DENIED as MOOT.**

Further discussion regarding discovery cut-off, expert deadlines, pending Motion to Dismiss Counterclaims [43], Pilot Project, and settlement.

HEARING CONCLUDED.

**Court in recess: 02:30 p.m.**
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.