# SCHEDULE A

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **1** | AASC00007358 | AASC00007362 | |
| **2** | AASC00012500 | AASC00012610 | |
| **3** | AASC00022941 | AASC00022943 | |
| **4** | AASC00024242 | AASC00024242 | |
| **5** | AASC00029727 | AASC00029727 | |
| **6** | AASC00029732 | AASC00029732 | |
| **7** | AASC00030739 | AASC00030739 | |
| **8** | AASC00034277 | AASC00034278 | |
| **9** | AASC00034553 | AASC00034554 | |
| **10** | AASC00036081 | AASC00036083 | |
| **11** | AASC00036601 | AASC00036601 | |
| **12** | AASC00042296 | AASC00042297 | |
| **13** | AASC00042296 | AASC00042297 | |
| **14** | Advanced Ortho-00029712 | Advanced Ortho-00029712 | |
| **15** | Advanced Ortho-00031721 | Advanced Ortho-00031738 | |
| **16** | AETNA00009617 | AETNA00009620 | |
| **17** | AETNA00023723 | AETNA00023728 | |
| **18** | Anthem-00001129 | Anthem-00001129 | |
| **19** | Anthem00001257 | Anthem00001257 | |
| **20** | Anthem-00001455 | Anthem-00001455 | |
| **21** | Anthem-00002961 | Anthem-00002963 | |
| **22** | Anthem-00010743 | Anthem-00010743 | |
| **23** | Anthem-00014144 | Anthem-00014147 | |
| **24** | Anthem00014148 | Anthem00014148 | |
| **25** | Anthem-00020854 | Anthem-00020854 | |
| **26** | Anthem-00020895 | Anthem-00020895 | |
| **27** | Anthem-00021993 | Anthem-00021993 | |
| **28** | Anthem-00022195 | Anthem-00022195 | |
| **29** | Anthem-00022208 | Anthem-00022210 | |
| **30** | Anthem-00022222 | Anthem-00022223 | |
| **31** | Anthem-00022660 | Anthem-00022660 | |
| **32** | Anthem-00022677 | Anthem-00022677 | |
| **33** | Anthem-00022689 | Anthem-00022689 | |
| **34** | Anthem-00022717 | Anthem-00022717 | |
| **35** | Anthem-00024103 | Anthem-00024105 | |
| **36** | Anthem-00025075 | Anthem-00025076 | |
| **37** | Anthem-00025302 | Anthem-00025305 | |
| **38** | Anthem00025771 | Anthem00025771 | |
| **39** | Anthem00025775 | Anthem00025775 | |
| **40** | Anthem00025777 | Anthem00025777 | |
| **41** | Anthem-00026229 | Anthem-00026231 | |
| **42** | Anthem-00026649 | Anthem-00026653 | |
| **43** | Anthem-00027046 | Anthem-00027050 | |
| **44** | Anthem-00027359 | Anthem-00027362 | |
| **45** | Anthem-00028308 | Anthem-00028311 | |
| **46** | Anthem-00028859 | Anthem-00028863 | |
| **47** | Anthem-00029429 | Anthem-00029430 | |
| **48** | Anthem-00029439 | Anthem-00029443 | |
| **49** | Anthem-00030339 | Anthem-00030339 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **50** | Anthem-00036010 | Anthem-00036011 | |
| **51** | Anthem-00036098 | Anthem-00036106 | |
| **52** | Anthem-00036114 | Anthem-00036115 | |
| **53** | Anthem-00036241 | Anthem-00036242 | |
| **54** | Anthem-00038289 | Anthem-00036105 | |
| **55** | Anthem-00038829 | Anthem-00038830 | |
| **56** | Anthem-00038906 | Anthem-00038907 | |
| **57** | Anthem-00038976 | Anthem-00038976 | |
| **58** | Anthem-00038988 | Anthem-00038989 | |
| **59** | Anthem-00039026 | Anthem-00039028 | |
| **60** | Anthem-00039041 | Anthem-00039043 | |
| **61** | Anthem-00039070 | Anthem-00039071 | |
| **62** | CASCA-0000246 | CASCA-0000249 | |
| **63** | CASCA-0007653 | CASCA-0007653 | |
| **64** | CASCA-0007659 | CASCA-0007659 | |
| **65** | CASCA-0008086 | CASCA-0008087 | |
| **66** | CASCA-0008093 | CASCA-0008095 | |
| **67** | CASCA-0008235 | CASCA-0008238 | |
| **68** | CASCA-0008347 | CASCA-0008348 | |
| **69** | CASCA0008468 | CASCA0008469 | |
| **70** | CASCA-0008468 | CASCA-0008469 | |
| **71** | CASCA-0012014 | CASCA-0012015 | |
| **72** | CASCA-0012028 | CASCA-0012030 | |
| **73** | CASCA-0013242 | CASCA-0013246 | |
| **74** | CASCA-0013504 | CASCA-0013505 | |
| **75** | CASCA-0013640 | CASCA-0013640 | |
| **76** | CASCA-0013647 | CASCA-0013651 | |
| **77** | CASCA-0014167 | CASCA-0014171 | |
| **78** | CASCA-0018684 | CASCA-0018684 | |
| **79** | CASCA-0022220 | CASCA-0022222 | |
| **80** | CASCA-0022633 | CASCA-0022635 | |
| **81** | CASCA-0022873 | CASCA-0022873 | |
| **82** | CASCA-0024052 | CASCA-0024053 | |
| **83** | CASCA-0024052 | CASCA0024053 | |
| **84** | CASCA-0040459 | CASCA-0040460 | |
| **85** | CASCA-0041797 | CASCA-0041798 | |
| **86** | CASCA-0041797 | CASCA-0041798 | |
| **87** | CASCA-0042109 | CASCA-0042113 | |
| **88** | CASCA-0042109 | CASCA-0042113 | |
| **89** | CASCA-0047368 | CASCA-0047372 | |
| **90** | CASCA-0047438 | CASCA-0047440 | |
| **91** | CASCA-0047488 | CASCA-0047492 | |
| **92** | CASCA-0047502 | CASCA-0047503 | |
| **93** | CASCA-0052703 | CASCA-0052704 | |
| **94** | CASCA-0052725 | CASCA-0052726 | |
| **95** | CASCA-0052780 | CASCA-0052781 | |
| **96** | CASCA-0052920 | CASCA-0052922 | |
| **97** | CASCA-0052920 | CASCA-0052922 | |
| **98** | CASCA-0054090 | CASCA-0054095 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **99** | CASCA-0054112 | CASCA-0054119 | |
| **100** | CASCA-0056014 | CASCA-0056015 | |
| **101** | CASCA-0060211 | CASCA-0060213 | |
| **102** | CASCA-0062438 | CASCA-0062438 | |
| **103** | CASCA-0062439 | CASCA-0062440 | |
| **104** | Centura-00001344 | Centura-00001346 | |
| **105** | Centura-00004273 | Centura-00004275 | |
| **106** | Centura-00005073 | Centura-00005078 | |
| **107** | Centura-00005119 | Centura-00005119 | |
| **108** | Centura-00005708 | Centura-00005708 | |
| **109** | Centura-00006260 | Centura-00006262 | |
| **110** | Centura-00013183 | Centura-00013198 | |
| **111** | Centura-00031453 | Centura-00031528 | |
| **112** | Centura-00034672 | Centura-00034676 | |
| **113** | Centura-00036345 | Centura-00036360 | |
| **114** | Centura-00040331 | Centura-00040388 | |
| **115** | Centura-00042556 | Centura-00042669 | |
| **116** | Centura-00043681 | Centura-00043696 | |
| **117** | Centura-00051260 | Centura-00051262 | |
| **118** | Centura-00051269 | Centura-00051269 | |
| **119** | Centura-00051751 | Centura00051753 | |
| **120** | Centura-00051902 | Centura-00051903 | |
| **121** | Centura-00051915 | Centura-00051931 | |
| **122** | Centura-00051991 | Centura-00051994 | |
| **123** | Centura-00054781 | Centura-00054824 | |
| **124** | Centura-00059141 | Centura-00059143 | |
| **125** | Centura-00059242 | Centura-00059246 | |
| **126** | Centura-00062202 | Centura-00062202 | |
| **127** | Centura-00062246 | Centura-00062247 | |
| **128** | Centura-00062258 | Centura-00062259 | |
| **129** | Centura-00062908 | Centura-00062909 | |
| **130** | Centura-00062911 | Centura-00062912 | |
| **131** | Centura-00064183 | Centura-00064184 | |
| **132** | Centura-00066730 | Centura-00066730 | |
| **133** | Centura-00066734 | Centura-00066736 | |
| **134** | Centura-00074230 | Centura-00074230 | |
| **135** | Centura-00074587 | Centura-00074588 | |
| **136** | Centura-00074906 | Centura00074909 | |
| **137** | Centura-00074914 | Centura-00074914 | |
| **138** | Centura-00074915 | Centura-00074916 | |
| **139** | Centura-00074928 | Centura-00074929 | |
| **140** | Centura-00074930 | Centura-00074931 | |
| **141** | Centura-00074932 | Centura-00074932 | |
| **142** | Centura-00075224 | Centura-00075225 | |
| **143** | Centura-00075226 | Centura-00075226 | |
| **144** | Centura-00075250 | Centura-00075251 | |
| **145** | Centura-00075303 | Centura-00075304 | |
| **146** | Centura-00075305 | Centura-00075305 | |
| **147** | Centura-00075546 | Centura-00075546 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **148** | Centura-00075613 | Centura-00075616 | |
| **149** | Centura-00075672 | Centura-00075672 | |
| **150** | Centura-00075745 | Centura-00075746 | |
| **151** | Centura-00075850 | Centura-00075850 | |
| **152** | Centura-00075926 | Centura-00075926 | |
| **153** | Centura-00076244 | Centura-00076251 | |
| **154** | Centura-00076290 | Centura-00076290 | |
| **155** | Centura-00080205 | Centura-00080206 | |
| **156** | Centura-00102617 | Centura-00102617 | |
| **157** | Centura-00102618 | Centura-00102619 | |
| **158** | Centura-00102621 | Centura-00102622 | |
| **159** | Centura-00102756 | Centura-00102756 | |
| **160** | Centura-00124035 | Centura-00124055 | |
| **161** | Centura-00127252 | Centura-00127252 | |
| **162** | Centura-00127252 | Centura-00127252 | |
| **163** | Centura-00127933 | Centura-00126834 | |
| **164** | Centura-00131753 | Centura-00131753 | |
| **165** | Centura-00131754 | Centura-00131754 | |
| **166** | Centura-00142144 | Centura-00142145 | |
| **167** | Centura-00159761 | Centura-00159761 | |
| **168** | Centura-00169912 | Centura-00169913 | |
| **169** | Centura-00171101 | Centura-00017103 | |
| **170** | Centura-00202788 | Centura-00202788 | |
| **171** | CIG_KC0000001 | CIG_KC0000002 | MSJ Ex C |
| **172** | CIG_KC0000003 | CIG_KC0000003 | MSJ Ex F |
| **173** | CIG_KC0000222 | CIG_KC0000222 | |
| **174** | CIG_KC0002265 | CIG_KC0002267 | |
| **175** | CIG_KC0002306 | CIG_KC0002310 | MSJ Ex F |
| **176** | CIG_KC0002996 | CIG_KC0003070 | MSJ Ex A |
| **177** | CIG_KC0003361 | CIG_KC0003423 | MSJ Ex B, Resp MSJ Ex C |
| **178** | CIG_KC0011252 | CIG_KC0011328 | Rpy to MSJ Ex A |
| **179** | CIG_KC0014661 | CIG_KC0014662 | Resp to MSJ Ex DD |
| **180** | CIG_KC0026030 | CIG_KC0026030 | MSJ Ex A |
| **181** | CIG_KC0026075 | CIG_KC0026075 | MSJ Ex A |
| **182** | CIG_KC0033361 | CIG_KC0033423 | MSJ Ex A |
| **183** | CIG_KC0065130 | CIG_KC0065194 | |
| **184** | CIG_KC0087587 | CIG_KC0087654 | |
| **185** | CIG_KC0105335 | CIG_KC0105415 | |
| **186** | CIG_KC0128198 | CIG_KC0128262 | |
| **187** | CIG_KC0132326 | CIG_KC0132326 | |
| **188** | CIG_KC0132355 | CIG_KC0132355 | MSJ Ex E, Resp MSJ Ex F |
| **189** | CIG_KC0132593 | CIG_KC0132594 | |
| **190** | CIG_KC0132611 | CIG_KC0132611 | MSJ Ex B, Resp MSJ Ex C |
| **191** | CIG_KC0132889 | CIG_KC0132900 | Resp MSJ Ex F |
| **192** | CIG_KC0132985 | CIG_KC0132986 | Rpy to MSJ Ex A |
| **193** | CIG_KC0133503 | CIG_KC0133542 | MSJ Ex E |
| **194** | CIG_KC0133615 | CIG_KC0133637 | Resp MSJ Ex D |
| **195** | CIG_KC0133912 | CIG_KC0133912 | |
| **196** | CIG_KC0133913 | CIG_KC0133913 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **197** | CIG_KC0133985 | CIG_KC0133990 | |
| **198** | CIG_KC0133992 | CIG_KC0134000 | Resp MSJ Ex E |
| **199** | CIG_KC0134522 | CIG_KC0134525 | |
| **200** | CIG_KC0134614 | CIG_KC0134614 | |
| **201** | CIG_KC0134638 | CIG_KC0134638 | |
| **202** | CIG_KC0134652 | CIG_KC0134652 | |
| **203** | CIG_KC0134657 | CIG_KC0134658 | |
| **204** | CIG_KC0134887 | CIG_KC0134889 | |
| **205** | CIG_KC0135300 | CIG_KC0135302 | |
| **206** | CIG_KC0135352 | CIG_KC0135354 | |
| **207** | CIG_KC0135355 | CIG_KC0135356 | |
| **208** | CIG_KC0135391 | CIG_KC0135392 | |
| **209** | CIG_KC0135456 | CIG_KC0135456 | Resp to MSJ Ex DD |
| **210** | CIG_KC0135459 | CIG_KC0135459 | Resp to MSJ Ex DD |
| **211** | CIG_KC0135460 | CIG_KC0135460 | Resp to MSJ Ex DD |
| **212** | CIG_KC0135461 | CIG_KC0135461 | Resp to MSJ Ex DD |
| **213** | CIG_KC0135462 | CIG_KC0135462 | Resp to MSJ Ex DD |
| **214** | CIG_KC0135463 | CIG_KC0135463 | Resp to MSJ Ex DD |
| **215** | CIG_KC0135464 | CIG_KC0135464 | Resp to MSJ Ex DD |
| **216** | CIG_KC0137113 | CIG_KC0137114 | |
| **217** | CIG_KC0137134 | CIG_KC0137141 | Resp to MSJ Ex DD |
| **218** | CIG_KC0137142 | CIG_KC0137142 | |
| **219** | CIG_KC0137180 | CIG_KC0137181 | |
| **220** | CIG_KC0137182 | CIG_KC0137182 | |
| **221** | CIG_KC0137205 | CIG_KC0137211 | |
| **222** | CIG_KC0137234 | CIG_KC0137236 | |
| **223** | CIG_KC0137270 | CIG_KC0137272 | MSJ Ex C, Resp MSJ Ex D |
| **224** | CIG_KC0137490 | CIG_KC0137493 | |
| **225** | CIG_KC0138248 | CIG_KC0138248 | |
| **226** | CIG_KC0138652 | CIG_KC0138652 | |
| **227** | CIG_KC0138653 | CIG_KC0138653 | |
| **228** | CIG_KC0138654 | CIG_KC0139055 | |
| **229** | CIG_KC0138658 | CIG_KC0138658 | |
| **230** | CIG_KC0138661 | CIG_KC0138664 | |
| **231** | CIG_KC0138775 | CIG_KC0138775 | |
| **232** | CIG_KC0138788 | CIG_KC0138795 | |
| **233** | CIG_KC0138795 | CIG_KC0138795 | |
| **234** | CIG_KC0138800 | CIG_KC0138800 | |
| **235** | CIG_KC0138929 | CIG_KC0138929 | |
| **236** | CIG_KC0138965 | CIG_KC0138969 | Resp to MSJ Ex DD |
| **237** | CIG_KC0138966 | CIG_KC0138966 | Resp to MSJ Ex DD |
| **238** | CIG_KC0138970 | CIG_KC0138970 | |
| **239** | CIG_KC0139055 | CIG_KC0139055 | |
| **240** | CIG_KC0139072 | CIG_KC0139072 | |
| **241** | CIG_KC0139106 | CIG_KC0139110 | |
| **242** | CIG_KC0139271 | CIG_KC0139271 | |
| **243** | CIG_KC0139341 | CIG_KC0139341 | |
| **244** | CIG_KC0139405 | CIG_KC0139405 | Resp to MSJ Ex DD |
| **245** | CIG_KC0139520 | CIG_KC0139520 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **246** | CIG_KC0139529 | CIG_KC0139529 | |
| **247** | CIG_KC0139536 | CIG_KC0139536 | |
| **248** | CIG_KC0139556 | CIG_KC0139556 | |
| **249** | CIG_KC0139562 | CIG_KC0139562 | |
| **250** | CIG_KC0139572 | CIG_KC0139572 | |
| **251** | CIG_KC0139600 | CIG_KC0139600 | |
| **252** | CIG_KC0139600 | CIG_KC0139600 | |
| **253** | CIG_KC0139659 | CIG_KC0139659 | |
| **254** | CIG_KC0139666 | CIG_KC0139666 | |
| **255** | CIG_KC0139693 | CIG_KC0139693 | |
| **256** | CIG_KC0139694 | CIG_KC0139694 | |
| **257** | CIG_KC0139695 | CIG_KC0139695 | |
| **258** | CIG_KC0139711 | CIG_KC0139711 | |
| **259** | CIG_KC0139770 | CIG_KC0139770 | |
| **260** | CIG_KC0139795 | CIG_KC0139795 | |
| **261** | CIG_KC0139796 | CIG_KC0139796 | |
| **262** | CIG_KC0139822 | CIG_KC0139822 | |
| **263** | CIG_KC0139823 | CIG_KC0139823 | |
| **264** | CIG_KC0139824 | CIG_KC0139824 | |
| **265** | CIG_KC0139825 | CIG_KC0139825 | |
| **266** | CIG_KC0139827 | CIG_KC0139827 | |
| **267** | CIG_KC0139828 | CIG_KC0139828 | |
| **268** | CIG_KC0139829 | CIG_KC0139829 | |
| **269** | CIG_KC0139830 | CIG_KC0139830 | |
| **270** | CIG_KC0139841 | CIG_KC0139841 | |
| **271** | CIG_KC0139848 | CIG_KC0139848 | |
| **272** | CIG_KC0139876 | CIG_KC0139876 | |
| **273** | CIG_KC0139877 | CIG_KC0139877 | |
| **274** | CIG_KC0139878 | CIG_KC0139878 | |
| **275** | CIG_KC0139933 | CIG_KC0139933 | |
| **276** | CIG_KC0139934 | CIG_KC0139934 | |
| **277** | CIG_KC0139935 | CIG_KC0139935 | |
| **278** | CIG_KC0139936 | CIG_KC0139936 | |
| **279** | CIG_KC0139937 | CIG_KC0139937 | |
| **280** | CIG_KC0139938 | CIG_KC0139938 | |
| **281** | CIG_KC0139940 | CIG_KC0139940 | |
| **282** | CIG_KC0139946 | CIG_KC0139946 | |
| **283** | CIG_KC0139947 | CIG_KC0139947 | |
| **284** | CIG_KC0139957 | CIG_KC0139957 | |
| **285** | CIG_KC0139958 | CIG_KC0139958 | |
| **286** | CIG_KC0139959 | CIG_KC0139959 | |
| **287** | CIG_KC0139976 | CIG_KC0139976 | |
| **288** | CIG_KC0139980 | CIG_KC0139980 | |
| **289** | CIG_KC0140057 | CIG_KC0140057 | |
| **290** | CIG_KC0140058 | CIG_KC0140058 | |
| **291** | CIG_KC0140080 | CIG_KC0140080 | |
| **292** | CIG_KC0140097 | CIG_KC0140097 | |
| **293** | CIG_KC0140098 | CIG_KC0140098 | |
| **294** | CIG_KC0140099 | CIG_KC0140099 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **295** | CIG_KC0140100 | CIG_KC0140100 | |
| **296** | CIG_KC0140160 | CIG_KC0140160 | |
| **297** | CIG_KC0140166 | CIG_KC0140166 | |
| **298** | CIG_KC0140168 | CIG_KC0140168 | |
| **299** | CIG_KC0140182 | CIG_KC0140187 | |
| **300** | CIG_KC0140202 | CIG_KC0140202 | |
| **301** | CIG_KC0140203 | CIG_KC0140203 | |
| **302** | CIG_KC0140204 | CIG_KC0140204 | |
| **303** | CIG_KC0140216 | CIG_KC0140216 | |
| **304** | CIG_KC0140218 | CIG_KC0140218 | |
| **305** | CIG_KC0140230 | CIG_KC0140230 | |
| **306** | CIG_KC0140232 | CIG_KC0140232 | |
| **307** | CIG_KC0140233 | CIG_KC0140233 | |
| **308** | CIG_KC0140255 | CIG_KC0140255 | |
| **309** | CIG_KC0140255 | CIG_KC0140255 | |
| **310** | CIG_KC0140264 | CIG_KC0140264 | |
| **311** | CIG_KC0140266 | CIG_KC0140266 | |
| **312** | CIG_KC0140268 | CIG_KC0140268 | |
| **313** | CIG_KC0140269 | CIG_KC0140269 | |
| **314** | CIG_KC0140272 | CIG_KC0140272 | |
| **315** | CIG_KC0140354 | CIG_KC0140363 | MSJ Ex B, Resp MSJ Ex C |
| **316** | CIG_KC0140531 | CIG_KC0140531 | |
| **317** | CIG_KC0140571 | CIG_KC0140579 | MSJ Ex C, Resp MSJ Ex D |
| **318** | CIG_KC0140871 | CIG_KC0140871 | MSJ Ex B |
| **319** | CIG_KC0141322 | CIG_KC0141322 | MSJ Ex C |
| **320** | CIG_KC0141420 | CIG_KC0141421 | |
| **321** | CIG_KC0141938 | CIG_KC0141939 | |
| **322** | CIG_KC0141943 | CIG_KC0141943 | |
| **323** | CIG_KC0142002 | CIG_KC0142002 | |
| **324** | CIG_KC0142003 | CIG_KC0142003 | |
| **325** | CIG_KC0142004 | CIG_KC0142004 | |
| **326** | CIG_KC0142006 | CIG_KC0142006 | |
| **327** | CIG_KC0142073 | CIG_KC0142073 | |
| **328** | CIG_KC0142107 | CIG_KC0142107 | |
| **329** | CIG_KC0142112 | CIG_KC0142112 | |
| **330** | CIG_KC0142115 | CIG_KC0142115 | |
| **331** | CIG_KC0142117 | CIG_KC0142117 | |
| **332** | CIG_KC0142120 | CIG_KC0142120 | |
| **333** | CIG_KC0142121 | CIG_KC0142121 | |
| **334** | CIG_KC0142143 | CIG_KC0142143 | |
| **335** | CIG_KC0142155 | CIG_KC0142155 | |
| **336** | CIG_KC0142157 | CIG_KC0142157 | |
| **337** | CIG_KC0142158 | CIG_KC0142158 | |
| **338** | CIG_KC0142167 | CIG_KC0142167 | |
| **339** | CIG_KC0142183 | CIG_KC0142190 | |
| **340** | CIG_KC0142190 | CIG_KC0142190 | |
| **341** | CIG_KC0142192 | CIG_KC0142192 | |
| **342** | CIG_KC0142202 | CIG_KC0142202 | |
| **343** | CIG_KC0142211 | CIG_KC0142211 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **344** | CIG_KC0142276 | CIG_KC0142276 | |
| **345** | CIG_KC0142578 | CIG_KC0142578 | |
| **346** | CIG_KC0142579 | CIG_KC0142579 | |
| **347** | CIG_KC0142583 | CIG_KC0142583 | |
| **348** | CIG_KC0142584 | CIG_KC0142584 | |
| **349** | CIG_KC0142585 | CIG_KC0142585 | |
| **350** | CIG_KC0142586 | CIG_KC0142586 | |
| **351** | CIG_KC0142588 | CIG_KC0142588 | |
| **352** | CIG_KC0142647 | CIG_KC0142647 | |
| **353** | CIG_KC0142648 | CIG_KC0142648 | |
| **354** | CIG_KC0142651 | CIG_KC0142651 | |
| **355** | CIG_KC0142652 | CIG_KC0142652 | |
| **356** | CIG_KC0142656 | CIG_KC0142656 | |
| **357** | CIG_KC0142658 | CIG_KC0142658 | |
| **358** | CIG_KC0142662 | CIG_KC0142662 | |
| **359** | CIG_KC0142664 | CIG_KC0142664 | |
| **360** | CIG_KC0142676 | CIG_KC0142676 | |
| **361** | CIG_KC0142695 | CIG_KC0142695 | |
| **362** | CIG_KC0142695 | CIG_KC0142695 | |
| **363** | CIG_KC0142696 | CIG_KC0142697 | Resp MSJ Ex DD |
| **364** | CIG_KC0142958 | CIG_KC0142958 | |
| **365** | CIG_KC0143023 | CIG_KC0143023 | |
| **366** | CIG_KC0143030 | CIG_KC0143030 | |
| **367** | CIG_KC0143031 | CIG_KC0143031 | |
| **368** | CIG_KC0143036 | CIG_KC0143036 | |
| **369** | CIG_KC0143044 | CIG_KC0143044 | |
| **370** | CIG_KC0143045 | CIG_KC0143045 | |
| **371** | CIG_KC0143046 | CIG_KC0143046 | |
| **372** | CIG_KC0143067 | CIG_KC0143068 | |
| **373** | CIG_KC0143311 | CIG_KC0143312 | |
| **374** | CIG_KC0143314 | CIG_KC0143317 | |
| **375** | CIG_KC0143318 | CIG_KC0143318 | |
| **376** | CIG_KC0143319 | CIG_KC0143326 | |
| **377** | CIG_KC0143320 | CIG_KC0143321 | |
| **378** | CIG_KC0143323 | CIG_KC0143323 | Resp to MSJ Ex E |
| **379** | CIG_KC0143328 | CIG_KC0143328 | |
| **380** | CIG_KC0143376 | CIG_KC0143376 | |
| **381** | CIG_KC0143466 | CIG_KC0143466 | |
| **382** | CIG_KC0143477 | CIG_KC0143477 | |
| **383** | CIG_KC0143499 | CIG_KC0143499 | |
| **384** | CIG_KC0143507 | CIG_KC0143507 | |
| **385** | CIG_KC0143515 | CIG_KC0143515 | |
| **386** | CIG_KC0143516 | CIG_KC0143516 | |
| **387** | CIG_KC0143517 | CIG_KC0143517 | |
| **388** | CIG_KC0143537 | CIG_KC0143537 | |
| **389** | CIG_KC0143538 | CIG_KC0143538 | |
| **390** | CIG_KC0143580 | CIG_KC0143581 | Resp to MSJ Ex DD |
| **391** | CIG_KC0143584 | CIG_KC0143584 | |
| **392** | CIG_KC0143596 | CIG_KC0143596 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **393** | CIG_KC0143597 | CIG_KC0143597 | |
| **394** | CIG_KC0143598 | CIG_KC0143598 | |
| **395** | CIG_KC0143600 | CIG_KC0143600 | |
| **396** | CIG_KC0143601 | CIG_KC0143601 | |
| **397** | CIG_KC0143602 | CIG_KC0143602 | |
| **398** | CIG_KC0143603 | CIG_KC0143603 | |
| **399** | CIG_KC0143606 | CIG_KC0143606 | |
| **400** | CIG_KC0143607 | CIG_KC0143607 | |
| **401** | CIG_KC0143608 | CIG_KC0143608 | |
| **402** | CIG_KC0143609 | CIG_KC0143609 | |
| **403** | CIG_KC0143641 | CIG_KC0143641 | |
| **404** | CIG_KC0143642 | CIG_KC0143642 | |
| **405** | CIG_KC0143643 | CIG_KC0143643 | |
| **406** | CIG_KC0143644 | CIG_KC0143644 | |
| **407** | CIG_KC0143645 | CIG_KC0143645 | |
| **408** | CIG_KC0143646 | CIG_KC0143646 | |
| **409** | CIG_KC0143647 | CIG_KC0143647 | |
| **410** | CIG_KC0143648 | CIG_KC0143648 | |
| **411** | CIG_KC0143649 | CIG_KC0143649 | |
| **412** | CIG_KC0143650 | CIG_KC0143650 | |
| **413** | CIG_KC0143660 | CIG_KC0143660 | |
| **414** | CIG_KC0143678 | CIG_KC0143678 | |
| **415** | CIG_KC0143756 | CIG_KC0143756 | |
| **416** | CIG_KC0143757 | CIG_KC0143757 | |
| **417** | CIG_KC0143787 | CIG_KC0143787 | |
| **418** | CIG_KC0143869 | CIG_KC0143869 | |
| **419** | CIG_KC0143871 | CIG_KC0143871 | |
| **420** | CIG_KC0143872 | CIG_KC0143872 | |
| **421** | CIG_KC0143873 | CIG_KC0143873 | |
| **422** | CIG_KC0143874 | CIG_KC0143874 | |
| **423** | CIG_KC0143875 | CIG_KC0143875 | |
| **424** | CIG_KC0143876 | CIG_KC0143876 | |
| **425** | CIG_KC0143877 | CIG_KC0143877 | |
| **426** | CIG_KC0143878 | CIG_KC0143878 | |
| **427** | CIG_KC0143879 | CIG_KC0143879 | |
| **428** | CIG_KC0143880 | CIG_KC0143880 | |
| **429** | CIG_KC0143881 | CIG_KC0143881 | |
| **430** | CIG_KC0143882 | CIG_KC0143882 | |
| **431** | CIG_KC0143883 | CIG_KC0143883 | |
| **432** | CIG_KC0143884 | CIG_KC0143884 | |
| **433** | CIG_KC0143885 | CIG_KC0143885 | |
| **434** | CIG_KC0143886 | CIG_KC0143886 | |
| **435** | CIG_KC0143887 | CIG_KC0143887 | |
| **436** | CIG_KC0143887 | CIG_KC0143887 | |
| **437** | CIG_KC0143888 | CIG_KC0143888 | |
| **438** | CIG_KC0143889 | CIG_KC0143889 | |
| **439** | CIG_KC0143890 | CIG_KC0143890 | |
| **440** | CIG_KC0143891 | CIG_KC0143891 | |
| **441** | CIG_KC0143892 | CIG_KC0143892 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **442** | CIG_KC0143893 | CIG_KC0143893 | |
| **443** | CIG_KC0143894 | CIG_KC0143894 | |
| **444** | CIG_KC0143895 | CIG_KC0143895 | |
| **445** | CIG_KC0143896 | CIG_KC0143896 | |
| **446** | CIG_KC0143897 | CIG_KC0143897 | |
| **447** | CIG_KC0143901 | CIG_KC0143901 | |
| **448** | CIG_KC0143944 | CIG_KC0143944 | |
| **449** | CIG_KC0143945 | CIG_KC0143945 | |
| **450** | CIG_KC0143946 | CIG_KC0143946 | |
| **451** | CIG_KC0143947 | CIG_KC0143947 | |
| **452** | CIG_KC0143948 | CIG_KC0143948 | |
| **453** | CIG_KC0143949 | CIG_KC0143949 | |
| **454** | CIG_KC0143950 | CIG_KC0143950 | |
| **455** | CIG_KC0143951 | CIG_KC0143951 | |
| **456** | CIG_KC0143952 | CIG_KC0143952 | |
| **457** | CIG_KC0143953 | CIG_KC0143953 | |
| **458** | CIG_KC0143954 | CIG_KC0143954 | |
| **459** | CIG_KC0144559 | CIG_KC0144559 | |
| **460** | CIG_KC0144590 | CIG_KC0144590 | |
| **461** | CIG_KC0144591 | CIG_KC0144591 | |
| **462** | CIG_KC0144592 | CIG_KC0144592 | |
| **463** | CIG_KC0144593 | CIG_KC0144593 | |
| **464** | CIG_KC0144594 | CIG_KC0144594 | |
| **465** | CIG_KC0144607 | CIG_KC0144607 | |
| **466** | CIG_KC0144741 | CIG_KC0144741 | |
| **467** | CIG_KC0144742 | CIG_KC0144742 | |
| **468** | CIG_KC0144771 | CIG_KC0144771 | |
| **469** | CIG_KC0144773 | CIG_KC0144773 | |
| **470** | CIG_KC0144774 | CIG_KC0144774 | |
| **471** | CIG_KC0144775 | CIG_KC0144775 | |
| **472** | CIG_KC0144801 | CIG_KC0144801 | |
| **473** | CIG_KC0144802 | CIG_KC0144802 | |
| **474** | CIG_KC0144803 | CIG_KC0144803 | |
| **475** | CIG_KC0144812 | CIG_KC0144812 | |
| **476** | CIG_KC0144856 | CIG_KC0144856 | |
| **477** | CIG_KC0144965 | CIG_KC0144965 | |
| **478** | CIG_KC0144969 | CIG_KC0144969 | |
| **479** | CIG_KC0144971 | CIG_KC0144971 | |
| **480** | CIG_KC0144973 | CIG_KC0144973 | |
| **481** | CIG_KC0144975 | CIG_KC0144975 | |
| **482** | CIG_KC0144977 | CIG_KC0144977 | |
| **483** | CIG_KC0144979 | CIG_KC0144979 | |
| **484** | CIG_KC0144981 | CIG_KC0144981 | |
| **485** | CIG_KC0145046 | CIG_KC0145046 | |
| **486** | CIG_KC0145149 | CIG_KC0145149 | |
| **487** | CIG_KC0145151 | CIG_KC0145151 | |
| **488** | CIG_KC0145255 | CIG_KC0145255 | |
| **489** | CIG_KC0145292 | CIG_KC0145292 | |
| **490** | CIG_KC0145294 | CIG_KC0145294 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **491** | CIG_KC0145296 | CIG_KC0145296 | |
| **492** | CIG_KC0145298 | CIG_KC0145298 | |
| **493** | CIG_KC0145300 | CIG_KC0145300 | |
| **494** | CIG_KC0145302 | CIG_KC0145308 | |
| **495** | CIG_KC0145350 | CIG_KC0145350 | |
| **496** | CIG_KC0145360 | CIG_KC0145360 | |
| **497** | CIG_KC0145361 | CIG_KC0145361 | |
| **498** | CIG_KC0145404 | CIG_KC0145404 | |
| **499** | CIG_KC0145405 | CIG_KC0145405 | |
| **500** | CIG_KC0145406 | CIG_KC0145406 | |
| **501** | CIG_KC0145407 | CIG_KC0145407 | |
| **502** | CIG_KC0145408 | CIG_KC0145408 | |
| **503** | CIG_KC0145493 | CIG_KC0145493 | |
| **504** | CIG_KC0145536 | CIG_KC0145536 | |
| **505** | CIG_KC0145544 | CIG_KC0145544 | |
| **506** | CIG_KC0145555 | CIG_KC0145555 | |
| **507** | CIG_KC0145558 | CIG_KC0145560 | |
| **508** | CIG_KC0145567 | CIG_KC0145572 | |
| **509** | CIG_KC0145576 | CIG_KC0145576 | |
| **510** | CIG_KC0145597 | CIG_KC0145597 | |
| **511** | CIG_KC0145598 | CIG_KC0145598 | |
| **512** | CIG_KC0145615 | CIG_KC0145615 | |
| **513** | CIG_KC0145616 | CIG_KC0145618 | |
| **514** | CIG_KC0145642 | CIG_KC0145643 | |
| **515** | CIG_KC0145644 | CIG_KC0145644 | |
| **516** | CIG_KC0145647 | CIG_KC0145647 | |
| **517** | CIG_KC0145648 | CIG_KC0145649 | |
| **518** | CIG_KC0145650 | CIG_KC0145650 | |
| **519** | CIG_KC0145762 | CIG_KC0145762 | |
| **520** | CIG_KC0145851 | CIG_KC0145851 | |
| **521** | CIG_KC0145990 | CIG_KC0145990 | |
| **522** | CIG_KC0145991 | CIG_KC0145991 | |
| **523** | CIG_KC0145992 | CIG_KC0145992 | |
| **524** | CIG_KC0145994 | CIG_KC0145994 | |
| **525** | CIG_KC0145995 | CIG_KC0145995 | |
| **526** | CIG_KC0145997 | CIG_KC0145997 | |
| **527** | CIG_KC0145998 | CIG_KC0145998 | |
| **528** | CIG_KC0145999 | CIG_KC0145999 | |
| **529** | CIG_KC0146012 | CIG_KC0146012 | |
| **530** | CIG_KC0146013 | CIG_KC0146013 | |
| **531** | CIG_KC0146014 | CIG_KC0146014 | |
| **532** | CIG_KC0146015 | CIG_KC0146015 | |
| **533** | CIG_KC0146016 | CIG_KC0146016 | |
| **534** | CIG_KC0146017 | CIG_KC0146017 | |
| **535** | CIG_KC0146018 | CIG_KC0146018 | |
| **536** | CIG_KC0146019 | CIG_KC0146019 | |
| **537** | CIG_KC0146020 | CIG_KC0146020 | |
| **538** | CIG_KC0146033 | CIG_KC0146033 | |
| **539** | CIG_KC0146034 | CIG_KC0146034 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **540** | CIG_KC0146035 | CIG_KC0146035 | |
| **541** | CIG_KC0146036 | CIG_KC0146036 | |
| **542** | CIG_KC0146037 | CIG_KC0146037 | |
| **543** | CIG_KC0146038 | CIG_KC0146038 | |
| **544** | CIG_KC0146039 | CIG_KC0146039 | |
| **545** | CIG_KC0146040 | CIG_KC0146040 | |
| **546** | CIG_KC0146082 | CIG_KC0146082 | |
| **547** | CIG_KC0146104 | CIG_KC0146104 | |
| **548** | CIG_KC0146108 | CIG_KC0146108 | |
| **549** | CIG_KC0146109 | CIG_KC0146111 | Resp MSJ Ex DD |
| **550** | CIG_KC0146109 | CIG_KC0146111 | |
| **551** | CIG_KC0146109 | CIG_KC0146111 | |
| **552** | CIG_KC0146115 | CIG_KC0146115 | |
| **553** | CIG_KC0146124 | CIG_KC0146124 | |
| **554** | CIG_KC0146125 | CIG_KC0146125 | |
| **555** | CIG_KC0146138 | CIG_KC0146138 | |
| **556** | CIG_KC0146139 | CIG_KC0146139 | |
| **557** | CIG_KC0146140 | CIG_KC0146140 | |
| **558** | CIG_KC0146141 | CIG_KC0146141 | |
| **559** | CIG_KC0146142 | CIG_KC0146142 | |
| **560** | CIG_KC0146143 | CIG_KC0146143 | |
| **561** | CIG_KC0146144 | CIG_KC0146144 | |
| **562** | CIG_KC0146145 | CIG_KC0146145 | |
| **563** | CIG_KC0146168 | CIG_KC0146168 | |
| **564** | CIG_KC0146251 | CIG_KC0146251 | |
| **565** | CIG_KC0146252 | CIG_KC0146252 | |
| **566** | CIG_KC0146253 | CIG_KC0146253 | |
| **567** | CIG_KC0146254 | CIG_KC0146254 | |
| **568** | CIG_KC0146489 | CIG_KC0146494 | |
| **569** | CIG_KC0146534 | CIG_KC0146537 | |
| **570** | CIG_KC0146557 | CIG_KC0146564 | |
| **571** | CIG_KC0146557 | CIG_KC0146564 | |
| **572** | CIG_KC0146661 | CIG_KC0146662 | Resp MSJ Ex A |
| **573** | CIG_KC0146661 | CIG_KC0146662 | |
| **574** | CIG_KC0146661 | CIG_KC0146661 | |
| **575** | CIG_KC0146678 | CIG_KC0146678 | |
| **576** | CIG_KC0146979 | CIG_KC0146981 | |
| **577** | CIG_KC0146985 | CIG_KC0146993 | |
| **578** | CIG_KC0147483 | CIG_KC0147484 | |
| **579** | CIG_KC0147513 | CIG_KC0147518 | |
| **580** | CIG_KC0147856 | CIG_KC0147857 | |
| **581** | CIG_KC0147856 | CIG_KC0147857 | |
| **582** | CIG_KC0147856 | CIG_KC0147857 | |
| **583** | CIG_KC0148046 | CIG_KC0148046 | |
| **584** | CIG_KC0148280 | CIG_KC0148280 | |
| **585** | CIG_KC0148321 | CIG_KC0148329 | |
| **586** | CIG_KC0148321 | CIG_KC0148329 | |
| **587** | CIG_KC0150572 | CIG_KC0150577 | |
| **588** | CIG_KC0150807 | CIG_KC0150808 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **589** | CIG_KC0150999 | CIG_KC0151000 | |
| **590** | CIG_KC0154802 | CIG_KC0154802 | |
| **591** | CIG_KC0155139 | CIG_KC0155142 | Resp MSJ Ex DD, Resp MSJ Ex E |
| **592** | CIG_KC0155347 | CIG_KC0155347 | |
| **593** | CIG_KC0155512 | CIG_KC0155512 | |
| **594** | CIG_KC0155571 | CIG_KC0155575 | |
| **595** | CIG_KC0155590 | CIG_KC0155590 | Resp to MSJ Ex DD |
| **596** | CIG_KC0155591 | CIG_KC0155591 | Resp to MSJ Ex DD |
| **597** | CIG_KC0156135 | CIG_KC0156140 | Resp to MSJ Ex DD |
| **598** | CIG_KC0156753 | CIG_KC0156755 | |
| **599** | CIG_KC0156914 | CIG_KC0156919 | |
| **600** | CIG_KC0156937 | CIG_KC0156942 | |
| **601** | CIG_KC0157068 | CIG_KC0157071 | MSJ Ex C, Resp MSJ Ex D |
| **602** | CIG_KC0157173 | CIG_KC0157175 | |
| **603** | CIG_KC0157263 | CIG_KC0157264 | |
| **604** | CIG_KC0157266 | CIG_KC0157267 | |
| **605** | CIG_KC0157287 | CIG_KC0157291 | |
| **606** | CIG_KC0157459 | CIG_KC0157461 | MSJ Ex C, Resp MSJ Ex D |
| **607** | CIG_KC0157870 | CIG_KC0157870 | |
| **608** | CIG_KC0157938 | CIG_KC0157938 | |
| **609** | CIG_KC0159863 | CIG_KC0159865 | MSJ Ex C, Resp MSJ Ex D |
| **610** | CIG_KC0160249 | CIG_KC0160256 | |
| **611** | CIG_KC0160776 | CIG_KC0160776 | |
| **612** | CIG_KC0161181 | CIG_KC0161183 | |
| **613** | CIG_KC0161247 | CIG_KC0161252 | Resp to MSJ Ex DD |
| **614** | CIG_KC0161249 | CIG_KC0161249 | Resp to MSJ Ex DD |
| **615** | CIG_KC0161929 | CIG_KC0161929 | |
| **616** | CIG_KC0162077 | CIG_KC0162077 | Resp MSJ Ex A |
| **617** | CIG_KC0163384 | CIG_KC0163391 | MSJ Ex A |
| **618** | CIG_KC0163414 | CIG_KC0163422 | |
| **619** | CIG_KC0163790 | CIG_KC0163791 | Resp to MSJ Ex DD |
| **620** | CIG_KC0164120 | CIG_KC0164123 | |
| **621** | CIG_KC0168393 | CIG_KC0168395 | |
| **622** | CIG_KC0171619 | CIG_KC0171630 | Resp to MSJ Ex DD |
| **623** | CIG_KC0172909 | CIG_KC0172914 | Resp to MSJ Ex DD |
| **624** | CIG_KC0172909 | CIG_KC0172914 | |
| **625** | CIG_KC0172911 | CIG_KC0172911 | Resp to MSJ Ex DD |
| **626** | CIG_KC0172913 | CIG_KC0172913 | Resp to MSJ Ex DD |
| **627** | CIG_KC0173573 | CIG_KC0173576 | |
| **628** | CIG_KC0173783 | CIG_KC0173791 | |
| **629** | CIG_KC0176837 | CIG_KC0176859 | MSJ Ex B, Resp MSJ Ex C |
| **630** | CIG_KC0177517 | CIG_KC0177538 | Resp MSJ Ex C |
| **631** | CIG_KC0187764 | CIG_KC0187784 | MSJ Ex E, Resp MSJ Ex F |
| **632** | CIG_KC0187764 | CIG_KC0187812 | Resp MSJ Ex F |
| **633** | CIG_KC0188080 | CIG_KC0188096 | |
| **634** | CIG_KC0188440 | CIG_KC0188452 | |
| **635** | CIG_KC0188453 | CIG_KC0188471 | |
| **636** | CIG_KC0188890 | CIG_KC0188890 | Resp to MSJ Ex DD |
| **637** | CIG_KC0188894 | CIG_KC0188894 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **638** | CIG_KC0188985 | CIG_KC0188985 | Resp to MSJ Ex DD |
| **639** | CIG_KC0189040 | CIG_KC0189126 | Resp to MSJ Ex DD |
| **640** | CIG_KC0189127 | CIG_KC0189187 | |
| **641** | CIG_KC0189190 | CIG_KC0189190 | |
| **642** | CIG_KC0189190 | CIG_KC0189190 | |
| **643** | CIG_KC0189192 | CIG_KC0189192 | |
| **644** | CIGNA-00703251 | CIGNA-00703251 | |
| **645** | CIG-PA0000205 | CIG-PA0000205 | |
| **646** | CO Brain & Spine-00005963 | CO Brain & Spine-00005963 | |
| **647** | CO Brain & Spine-00006456 | CO Brain & Spine-00006456 | |
| **648** | CO Foot & Ankle-00005155 | CO Foot & Ankle-00005155 | |
| **649** | CO Orthopedic Cons-00000749 | CO Orthopedic Cons-00000749 | |
| **650** | CO Orthopedic Cons-00000749 | CO Orthopedic Cons-00000749 | |
| **651** | COMP ENT Head & Neck Surg-00000001 | COMP ENT Head & Neck Surg-00000001 | |
| **652** | Depo Ex 1 to Mary Ellen Cisar | | |
| **653** | Depo Ex 1 to Michael Battistoni | | |
| **654** | Depo Ex 1 to Ronald Wright | | |
| **655** | Depo Ex 1 to Thomas Hixson | | |
| **656** | Depo Ex 10 to Thomas Hixson | | |
| **657** | Depo Ex 12 to Mary Ellen Cisar | | |
| **658** | Depo Ex 12 to Ronald Wright | | |
| **659** | Depo Ex 13 to Thomas Hixson | | |
| **660** | Depo Ex 15 to Thomas Hixson | | |
| **661** | Depo Ex 17 to Dean Groshkopf | | |
| **662** | Depo Ex 17 to Ronald Wright | | |
| **663** | Depo Ex 19 to Dean Grohskopf | | |
| **664** | Depo Ex 2 to Dean Grohskopf | | |
| **665** | Depo Ex 2 to Thomas Hixson | | |
| **666** | Depo Ex 20 to Mary Ellen Cisar | | |
| **667** | Depo Ex 22 to Dean Grohskopf | | |
| **668** | Depo Ex 22 to Ronald Wright | | |
| **669** | Depo Ex 23 to Allyson Day | | |
| **670** | Depo Ex 23 to Cynthia Aikin | | |
| **671** | Depo Ex 26 to Cynthia Aikin | | |
| **672** | Depo Ex 3 to Thomas Hixson | | |
| **673** | Depo Ex 33 to Steve Bryant | | |
| **674** | Depo Ex 4 to Thomas Hixson | | |
| **675** | Depo Ex 43 to Kim Bimestefer | | |
| **676** | Depo Ex 45 to Kim Bimestefer | | |
| **677** | Depo Ex 5 to Mary Ellen Cisar | | MSJ Ex B, Resp MSJ Ex C |
| **678** | Depo Ex 5 to Robin Mastrianni | | MSJ Ex F, Resp MSJ Ex G |
| **679** | Depo Ex 5 to Thomas Hixson | | MSJ Ex B |
| **680** | Depo Ex 50 to Kim Bimestefer | | |
| **681** | Depo Ex 55 to Kim Bimestefer | | |
| **682** | Depo Ex 7 to Mary Ellen Cisar | | Resp MSJ Ex C |
| **683** | Depo Ex 8 to Mary Ellen Cisar | | MSJ Ex B |
| **684** | Ghiselli Spine-00000431 | Ghiselli Spine-00000431 | |
| **685** | HHP 011529 | HHP 011529 | |

**Plaintiffs' List of Proposed Exhibits**
*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **686** | HONE00000129 | HONE00000130 | |
| **687** | HONE00002952 | HONE00002952 | |
| **688** | HONE00007084 | HONE00007084 | |
| **689** | HONE00009228 | HONE00009228 | |
| **690** | HONE00012461 | HONE00012461 | |
| **691** | HONE00012503 | HONE00012506 | |
| **692** | HONE00012507 | HONE00012509 | |
| **693** | HONE00039034 | HONE00039036 | |
| **694** | HONE00039034 | HONE00039036 | |
| **695** | HONE00049338 | HONE00049338 | |
| **696** | HONE00049338 | HONE00049338 | |
| **697** | HONE00057509 | HONE00057509 | |
| **698** | HONE00057649 | HONE00057649 | |
| **699** | HONE00068693 | HONE00068694 | |
| **700** | HONE00069106 | HONE00069107 | |
| **701** | HONE00069413 | HONE00069413 | |
| **702** | HONE00069414 | HONE00069414 | |
| **703** | HONE00069451 | HONE00069452 | |
| **704** | HONE00069507 | HONE00069510 | |
| **705** | HONE00069520 | HONE00069520 | |
| **706** | HONE00070658 | HONE00070658 | |
| **707** | HONE00071552 | HONE00071552 | |
| **708** | HONE00072586 | HONE00072588 | |
| **709** | HONE00076468 | HONE00076469 | |
| **710** | HONE00078237 | HONE00078237 | |
| **711** | HONE00078267 | HONE00078269 | |
| **712** | HONE00078314 | HONE00078314 | |
| **713** | HONE00097948 | HONE00097948 | |
| **714** | HONE00113995 | HONE00113995 | |
| **715** | KCSC00014266 | KCSC00014271 | |
| **716** | KCSC00015921 | KCSC00015921 | |
| **717** | KCSC00061189 | KCSC00061195 | |
| **718** | KCSC00069415 | KCSC00069415 | |
| **719** | KCSC00077338 | KCSC00044341 | |
| **720** | KCSC00153122 | KCSC00153122 | |
| **721** | KCSC-CIG00217190 | KCSC-CIG00217190 | Resp MSJ Ex F |
| **722** | KCSC-CIG00268403 | KCSC-CIG00268403 | |
| **723** | KFHPC-KC00033641 | KFHPC-KC00033641 | |
| **724** | KFHPC-KC00058911 | KFHPC-KC00058911 | |
| **725** | Prusmack-00000131 | Prusmack-00000131 | |
| **726** | Rocky Mountain Ear-00000716 | Rocky Mountain Ear-00000716 | |
| **727** | SCD00051279 | SCD00051281 | |
| **728** | SCD00121332 | SCD00121332 | |
| **729** | SCD00136105 | SCD00136105 | |
| **730** | SCDC00021365 | SCDC00021365 | |
| **731** | SCDC00021373 | SCDC00021373 | |
| **732** | SCDC00021546 | SCDC00021563 | |
| **733** | SCDC-CIG00556003 | SCDC-CIG00556003 | |
| **734** | UHC0000005 | UHC0000006 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **735** | UHC0000064 | UHC0000064 | |
| **736** | UHC0000233 | UHC0000235 | |
| **737** | UHC0000249 | UHC0000249 | |
| **738** | UHC0000254 | UHC0000255 | |
| **739** | UHC0000256 | UHC0000258 | |
| **740** | UHC0000274 | UHC0000275 | |
| **741** | UHC0000276 | UHC0000277 | |
| **742** | UHC0000278 | UHC0000279 | |
| **743** | UHC0000280 | UHC0000281 | |
| **744** | UHC0000282 | UHC0000284 | |
| **745** | UHC0000286 | UHC0000288 | |
| **746** | UHC0000305 | UHC0000311 | |
| **747** | UHC0000409 | UHC0000410 | |
| **748** | UHC0000411 | UHC0000412 | |
| **749** | UHC0000505 | UHC0000522 | |
| **750** | UHC0000628 | UHC0000630 | |
| **751** | UHC0001292 | UHC0001297 | |
| **752** | UHC0002810 | UHC0002813 | |
| **753** | UHC0003082 | UHC0003082 | |
| **754** | UHC0003125 | UHC0003126 | |
| **755** | UHC0003146 | UHC0003150 | |
| **756** | UHC0003160 | UHC0003165 | |
| **757** | UHC0003178 | UHC0003182 | |
| **758** | UHC0003276 | UHC0003276 | |
| **759** | UHC0003432 | UHC0003432 | |
| **760** | UHC0003434 | UHC0003434 | |
| **761** | UHC0003459 | UHC0003460 | |
| **762** | UHC0003489 | UHC0003490 | |
| **763** | UHC0004062 | UHC0004071 | |
| **764** | UHC0004101 | UHC0004116 | |
| **765** | UHC0004348 | UHC0004348 | |
| **766** | UHC0004349 | UHC0004349 | |
| **767** | UHC0004548 | UHC0004548 | |
| **768** | UHC0005057 | UHC0005057 | |
| **769** | UHC0005212 | UHC0005217 | |
| **770** | UHC0005786 | UHC0005786 | |
| **771** | UHC0005908 | UHC0005915 | |
| **772** | UHC0005913 | UHC0005915 | |
| **773** | UHC0006113 | UHC0006113 | |
| **774** | UHC0006356 | UHC0006398 | |
| **775** | UHC0006402 | UHC0006405 | |
| **776** | UHC0006447 | UHC0006449 | |
| **777** | UHC0006485 | UHC0006485 | |
| **778** | UHC0006521 | UHC0006522 | |
| **779** | UHC0006588 | UHC0006591 | |
| **780** | UHC0006599 | UHC0006600 | |
| **781** | UHC0006626 | UHC0006628 | |
| **782** | UHC0006626 | UHC0006628 | |
| **783** | UHC0006813 | UHC0006813 | |

**Plaintiffs' List of Proposed Exhibits**

*Arapahoe Surgery Center , et al. v. Cigna Healthcare, Inc. et al.,* No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex # |
|---|---|---|---|
| **784** | UHC0006833 | UHC0006834 | |
| **785** | UHC0007014 | UHC0007015 | |
| **786** | UHC0007016 | UHC0007019 | |
| **787** | UHC0007280 | UHC0007281 | |
| **788** | UHC0008051 | UHC0008057 | |
| **789** | UHC0008278 | UHC0008280 | |
| **790** | UHC0010002 | UHC0010004 | |
| **791** | UHC0010058 | UHC0010068 | |
| **792** | UHC0011154 | UHC0011154 | |
| **793** | UHC0011180 | UHC0011180 | |
| **794** | UHC0012479 | UHC0012479 | |
| **795** | UHC0013366 | UHC0013368 | |
| **796** | UHC0013430 | UHC0013433 | |
| **797** | UHC0013431 | UHC0013432 | |
| **798** | UHC0013744 | UHC0013746 | |
| **799** | UHC0013803 | UHC0013803 | |
| **800** | UHC0014624 | UHC0014625 | |
| **801** | USPI-00000001 | USPI-00000042 | |
| **802** | USPIP0000001 | USPIP0000003 | |
| **803** | USPIP0000078 | USPIP0000079 | |
| **804** | USPIP0000080 | USPIP0000084 | |
| **805** | USPIP0000127 | USPIP0000128 | |
| **806** | USPIP0000139 | USPIP0000140 | |