# SCHEDULE B

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|    | Bates - Begin | Bates - End | SJ Ex. # |
|----|---------------|-------------|----------|
| 1  | AASC00016207 | AASC00016207 | |
| 2  | AASC00016208 | AASC00016212 | |
| 3  | AASC00029780 | AASC00029781 | |
| 4  | Advanced Ortho-00000448 | Advanced Ortho-00000448 | |
| 5  | Advanced Ortho-00000535 | Advanced Ortho-00000536 | |
| 6  | Advanced Ortho-00008514 | Advanced Ortho-00008517 | |
| 7  | Advanced Ortho-00015542 | Advanced Ortho-00015543 | |
| 8  | Advanced Ortho-00028827 | Advanced Ortho-00028831 | |
| 9  | Advanced Ortho-00029236 | Advanced Ortho-00029236 | |
| 10 | Advanced Ortho-00029237 | Advanced Ortho-00029237 | |
| 11 | Advanced Ortho-00030459 | Advanced Ortho-00030459 | |
| 12 | Advanced Ortho-00030459 | Advanced Ortho-00030460 | |
| 13 | Advanced Ortho-00030527 | Advanced Ortho-00030529 | |
| 14 | Advanced Ortho-00030530 | Advanced Ortho-00030530 | |
| 15 | Advanced Ortho-00030531 | Advanced Ortho-00030534 | |
| 16 | Advanced Ortho-00032856 | Advanced Ortho-00032859 | Cigna 23 |
| 17 | Advanced Ortho-00032943 | Advanced Ortho-00032944 | Cigna 50 |
| 18 | Advanced Ortho-00036597 | Advanced Ortho-00036598 | |
| 19 | Advanced Ortho-00048910 | Advanced Ortho-00048910 | |
| 20 | Advanced Ortho-00058755 | Advanced Ortho-00058760 | |
| 21 | Advanced Ortho-00065773 | Advanced Ortho-00065778 | |
| 22 | Advanced Ortho-00098537 | Advanced Ortho-00098542 | |
| 23 | Advanced Ortho-00112484 | Advanced Ortho-00112498 | |
| 24 | Advanced Ortho-00135211 | Advanced Ortho-00135216 | |
| 25 | Advanced Ortho-00183018 | Advanced Ortho-00183018 | Cigna 21 |
| 26 | AETNA00002500 | AETNA00002503 | |
| 27 | AETNA00014044 | AETNA00014045 | |
| 28 | AETNA00020111 | AETNA00020112 | |
| 29 | AETNA00039041 | AETNA00039043 | |
| 30 | AETNA00077969 | AETNA00077969 | |
| 31 | AETNA00082991 | AETNA00082996 | |
| 32 | Anthem-00000221 | Anthem-00000221 | |
| 33 | Anthem-00000222 | Anthem-00000222 | |
| 34 | Anthem-00001129 | Anthem-00001129 | |
| 35 | Anthem-00001136 | Anthem-00001150 | |
| 36 | Anthem-00029439 | Anthem-00029448 | |
| 37 | Anthem-00031039 | Anthem-00031045 | |
| 38 | Anthem-00038186 | Anthem-00038186 | |
| 39 | Anthem-00042433 | Anthem-00042435 | |
| 40 | Anthem-00042609 | Anthem-00042610 | |
| 41 | AO ARB00000118 | AO ARB00000128 | Cigna 03 |
| 42 | AO ARB00000136 | AO ARB00000150 | |
| 43 | AO ARB00000361 | AO ARB00000376 | |
| 44 | BASC-CIG00005219 | BASC-CIG00005223 | |
| 45 | BASC-CIG00014054 | BASC-CIG00014057 | |
| 46 | BASC-CIG00014218 | BASC-CIG00014219 | |
| 47 | BASC-CIG00014608 | BASC-CIG00014609 | |
| 48 | BASC-CIG00018427 | BASC-CIG00018429 | |
| 49 | BASC-CIG00018610 | BASC-CIG00018610 | |
| 50 | BASC-CIG00018609 | BASC-CIG00018611 | |
| 51 | BASC-CIG00023364 | BASC-CIG00023367 | |
| 52 | BASC-CIG00023378 | BASC-CIG00023384 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 53 | BASC-CIG00026841 | BASC-CIG00026842 | |
| 54 | BASC-CIG00026843 | BASC-CIG00026843 | |
| 55 | BASC-CIG00026902 | BASC-CIG00026904 | |
| 56 | BASC-CIG00027096 | BASC-CIG00027099 | Cigna 30 |
| 57 | BASC-CIG00028444 | BASC-CIG00028445 | Cigna 67 |
| 58 | BASC-CIG00028446 | BASC-CIG00028448 | |
| 59 | BASC-CIG00029564 | BASC-CIG00029569 | |
| 60 | BASC-CIG00029925 | BASC-CIG00029925 | |
| 61 | BASC-CIG00029926 | BASC-CIG00029926 | |
| 62 | BASC-CIG00030326 | BASC-CIG00030327 | |
| 63 | BASC-CIG00031086 | BASC-CIG00031087 | |
| 64 | BASC-CIG00031349 | BASC-CIG00031350 | Cigna 41 |
| 65 | BASC-CIG00031400 | BASC-CIG00031401 | |
| 66 | BASC-CIG00031402 | BASC-CIG00031402 | |
| 67 | BASC-CIG00031489 | BASC-CIG00031526 | |
| 68 | BASC-CIG00031803 | BASC-CIG00031806 | Cigna Opp 07 |
| 69 | BASC-CIG00031815 | BASC-CIG00031818 | |
| 70 | BASC-CIG00032260 | BASC-CIG00032260 | Cigna 49 |
| 71 | BASC-CIG00041340 | BASC-CIG00041341 | Cigna Opp 03 |
| 72 | BASC-CIG00041342 | BASC-CIG00041342 | |
| 73 | BASC-CIG00078536 | BASC-CIG00078536 | |
| 74 | BASC-CIG00078537 | BASC-CIG00078538 | |
| 75 | BASC-CIG00078539 | BASC-CIG00078539 | |
| 76 | BASC-CIG00078541 | BASC-CIG00078544 | |
| 77 | BASC-CIG00078543 | BASC-CIG00078544 | |
| 78 | BASC-CIG00078545 | BASC-CIG00078545 | |
| 79 | BASC-CIG00078546 | BASC-CIG00078546 | |
| 80 | BASC-CIG00078547 | BASC-CIG00078547 | |
| 81 | BASC-CIG00078548 | BASC-CIG00078549 | |
| 82 | BASC-CIG00078550 | BASC-CIG00078551 | |
| 83 | BASC-CIG00078552 | BASC-CIG00078585 | |
| 84 | BASC-CIG00105128 | BASC-CIG00105128 | |
| 85 | BASC-CIG00105129 | BASC-CIG00105132 | |
| 86 | BASC-CIG00105133 | BASC-CIG00105134 | |
| 87 | BASC-CIG00105135 | BASC-CIG00105136 | |
| 88 | BASC-CIG00105137 | BASC-CIG00105137 | |
| 89 | BASC-CIG00105138 | BASC-CIG00105138 | |
| 90 | BASC-CIG00105139 | BASC-CIG00105139 | |
| 91 | BASC-CIG00105140 | BASC-CIG00105141 | |
| 92 | BASC-CIG00208720 | BASC-CIG00208720 | |
| 93 | BASC-CIG00212790 | BASC-CIG00212790 | |
| 94 | BASC-CIG00213716 | BASC-CIG00213718 | |
| 95 | BASC-CIG00213928 | BASC-CIG00213929 | |
| 96 | BASC-CIG00213930 | BASC-CIG00213937 | |
| 97 | BASC-CIG00213981 | BASC-CIG00213984 | |
| 98 | BASC-CIG00221252 | BASC-CIG00221253 | |
| 99 | BASC-CIG00221260 | BASC-CIG00221261 | |
| 100 | BASC-CIG00221711 | BASC-CIG00221714 | |
| 101 | BASC-CIG00221915 | BASC-CIG00221915 | |
| 102 | BASC-CIG00226521 | BASC-CIG00226522 | |
| 103 | CASCA-0062438 | CASCA-0062438 | Cigna 73 |
| 104 | CCSC00024981 | CCSC00024992 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 105 | CCSC00376359 | CCSC000376363 | |
| 106 | CCSC00057790 | CCSC00057793 | |
| 107 | CCSC00064465 | CCSC00064467 | |
| 108 | CCSC00069741 | CCSC00069746 | |
| 109 | CCSC00112423 | CCSC00112425 | |
| 110 | CCSC00236961 | CCSC00236961 | |
| 111 | CCSC00269173 | CCSC00269174 | |
| 112 | CCSC00292429 | CCSC00292431 | |
| 113 | CCSC00317529 | CCSC00317532 | |
| 114 | CCSC00318656 | CCSC00318763 | |
| 115 | CCSC00351930 | CCSC00351930 | |
| 116 | CCSC00376248 | CCSC00376251 | |
| 117 | CCSC00376274 | CCSC00376275 | |
| 118 | CCSC00376563 | CCSC00376565 | |
| 119 | CCSC00376665 | CCSC00376666 | |
| 120 | CCSC-CIG00308453 | CCSC-CIG00308453 | |
| 121 | CCSC-CIG00376667 | CCSC-CIG00376668 | |
| 122 | CCSC-CIG00376942 | CCSC-CIG00376942 | |
| 123 | CCSC-CIG00376943 | CCSC-CIG00376943 | |
| 124 | CCSC-CIG00376944 | CCSC-CIG00376944 | |
| 125 | CCSC-CIG00376945 | CCSC-CIG00376945 | |
| 126 | CCSC-CIG00376946 | CCSC-CIG00376946 | |
| 127 | CCSC-CIG00376947 | CCSC-CIG00376947 | |
| 128 | CCSC-CIG00376948 | CCSC-CIG00376948 | |
| 129 | CCSC-CIG00376950 | CCSC-CIG00376950 | |
| 130 | CCSC-CIG00376952 | CCSC-CIG00376952 | |
| 131 | CCSC-CIG00377149 | CCSC-CIG00377149 | |
| 132 | CCSC-CIG00377418 | CCSC-CIG00377418 | |
| 133 | CCSC-CIG00377898 | CCSC-CIG00377899 | |
| 134 | CCSC-CIG00377900 | CCSC-CIG00377900 | |
| 135 | CCSC-CIG00377935 | CCSC-CIG00377936 | |
| 136 | CCSC-CIG00378285 | CCSC-CIG00378285 | |
| 137 | CCSC-CIG00379368 | CCSC-CIG00379369 | |
| 138 | CCSC-CIG00385334 | CCSC-CIG00385343 | |
| 139 | CCSC-CIG00385591 | CCSC-CIG00385594 | |
| 140 | CCSC-CIG00385599 | CCSC-CIG00385599 | |
| 141 | CCSC-CIG00385600 | CCSC-CIG00385601 | |
| 142 | CCSC-CIG00385974 | CCSC-CIG00385976 | |
| 143 | CCSC-CIG00386364 | CCSC-CIG00386364 | |
| 144 | CCSC-CIG00386560 | CCSC-CIG00386560 | |
| 145 | CCSC-CIG00388176 | CCSC-CIG00388177 | Cigna 56 |
| 146 | CCSC-CIG00388586 | CCSC-CIG00388586 | Cigna 65 |
| 147 | CCSC-CIG00388852 | CCSC-CIG00388853 | |
| 148 | CCSC-CIG00398396 | CCSC-CIG00398396 | |
| 149 | CCSC-CIG00398397 | CCSC-CIG00398398 | |
| 150 | CCSC-CIG00398454 | CCSC-CIG00398455 | |
| 151 | CCSC-CIG00403555 | CCSC-CIG00403555 | |
| 152 | CCSC-CIG00404413 | CCSC-CIG00404413 | |
| 153 | CCSC-CIG00404414 | CCSC-CIG00404417 | |
| 154 | CCSC-CIG00404619 | CCSC-CIG00404621 | |
| 155 | CCSC-CIG00405249 | CCSC-CIG00405254 | |
| 156 | CCSC-CIG00406194 | CCSC-CIG00406194 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 157 | CCSC-CIG00406212 | CCSC-CIG00406218 | |
| 158 | CCSC-CIG00426249 | CCSC-CIG00426290 | |
| 159 | CCSC-CIG00426651 | CCSC-CIG00426651 | Cisar X |
| 160 | CCSC-CIG00426987 | CCSC-CIG00426987 | |
| 161 | CCSC-CIG00437498 | CCSC-CIG00437498 | Cigna 64 |
| 162 | CCSC-CIG00438350 | CCSC-CIG00438350 | |
| 163 | CCSC-CIG00455692 | CCSC-CIG00455700 | Cigna 42 |
| 164 | CCSC-CIG00460412 | CCSC-CIG00460412 | |
| 165 | CCSC-CIG00665337 | CCSC-CIG00665339 | |
| 166 | CEHNS-00008411 | CEHNS-00008413 | |
| 167 | CIG_KC0000003 | CIG_KC0000007 | Cisar M |
| 168 | CIG_KC0000008 | CIG_KC0000009 | Cisar S |
| 169 | CIG_KC0000031 | CIG_KC0000034 | Cisar Q |
| 170 | CIG_KC0000063 | CIG_KC0000068 | |
| 171 | CIG_KC0000134 | CIG_KC0000192 | |
| 172 | CIG_KC0000213 | CIG_KC0000218 | |
| 173 | CIG_KC0000217 | CIG_KC0000218 | |
| 174 | CIG_KC0000219 | CIG_KC0000219 | |
| 175 | CIG_KC0000222 | CIG_KC0000222 | Cisar I |
| 176 | CIG_KC0000225 | CIG_KC0000226 | Cisar H |
| 177 | CIG_KC0000233 | CIG_KC0000236 | |
| 178 | CIG_KC0000299 | CIG_KC0000356 | |
| 179 | CIG_KC0000705 | CIG_KC0000705 | Cisar J |
| 180 | CIG_KC0000726 | CIG_KC0000727 | Cisar G |
| 181 | CIG_KC0000753 | CIG_KC0000762 | Cisar K |
| 182 | CIG_KC0000775 | CIG_KC0000784 | Cigna Opp 15 |
| 183 | CIG_KC0001187 | CIG_KC0001191 | Cisar V |
| 184 | CIG_KC0001192 | CIG_KC0001252 | |
| 185 | CIG_KC0001266 | CIG_KC0001272 | |
| 186 | CIG_KC0001314 | CIG_KC0001317 | Cisar AA |
| 187 | CIG_KC0001318 | CIG_KC0001376 | |
| 188 | CIG_KC0001795 | CIG_KC0001795 | Cisar O |
| 189 | CIG_KC0001863 | CIG_KC0001864 | Cisar N |
| 190 | CIG_KC0002210 | CIG_KC0002225 | |
| 191 | CIG_KC0002248 | October 26, 2015 | Cisar L |
| 192 | CIG_KC0002271 | CIG_KC0002274 | Cisar P |
| 193 | CIG_KC0002368 | CIG_KC0002369 | Cisar E |
| 194 | CIG_KC0002623 | CIG_KC0002624 | Cisar B |
| 195 | CIG_KC0002648 | CIG_KC0002649 | Cisar F |
| 196 | CIG_KC0006761 | CIG_KC0006816 | |
| 197 | CIG_KC0025868 | CIG_KC0026029 | |
| 198 | CIG_KC0028056 | CIG_KC0028107 | |
| 199 | CIG_KC0031136 | CIG_KC0031207 | |
| 200 | CIG_KC0032870 | CIG_KC0032932 | |
| 201 | CIG_KC0108092 | CIG_KC0108151 | |
| 202 | CIG_KC0129056 | CIG_KC0129335 | |
| 203 | CIG_KC0132162 | CIG_KC0132162 | |
| 204 | CIG_KC0132355 | CIG_KC0132355 | |
| 205 | CIG_KC0132356 | CIG_KC0132356 | |
| 206 | CIG_KC0132908 | CIG_KC0132908 | Cisar D |
| 207 | CIG_KC0133181 | CIG_KC0133181 | |
| 208 | CIG_KC0133183 | CIG_KC0133223 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 209 | CIG_KC0133503 | CIG_KC0133542 | |
| 210 | CIG_KC0133615 | CIG_KC0133637 | Cigna Opp 23 |
| 211 | CIG_KC0133673 | CIG_KC0133673 | |
| 212 | CIG_KC0133672 | CIG_KC0133675 | Cisar C |
| 213 | CIG_KC0133765 | CIG_KC0133766 | |
| 214 | CIG_KC0133860 | CIG_KC0133863 | |
| 215 | CIG_KC0134421 | CIG_KC0134423 | |
| 216 | CIG_KC0134424 | CIG_KC0134431 | Cisar R |
| 217 | CIG_KC0134522 | CIG_KC0134525 | Cisar Y |
| 218 | CIG_KC0134606 | CIG_KC0134613 | |
| 219 | CIG_KC0134614 | CIG_KC0134614 | |
| 220 | CIG_KC0135039 | CIG_KC0135040 | |
| 221 | CIG_KC0135051 | CIG_KC0135051 | |
| 222 | CIG_KC0135198 | CIG_KC0135230 | |
| 223 | CIG_KC0135442 | CIG_KC0135442 | |
| 224 | CIG_KC0135443 | CIG_KC0135443 | |
| 225 | CIG_KC0135456 | CIG_KC0135456 | Cigna 69 |
| 226 | CIG_KC0135459 | CIG_KC0135459 | |
| 227 | CIG_KC0137879 | CIG_KC0137880 | |
| 228 | CIG_KC0137982 | CIG_KC0137984 | |
| 229 | CIG_KC0138115 | CIG_KC0138117 | |
| 230 | CIG_KC0138127 | CIG_KC0138128 | |
| 231 | CIG_KC0138129 | CIG_KC0138131 | |
| 232 | CIG_KC0138652 | CIG_KC0138652 | |
| 233 | CIG_KC0138653 | CIG_KC0138653 | |
| 234 | CIG_KC0138659 | CIG_KC0138660 | |
| 235 | CIG_KC0138788 | CIG_KC0138788 | |
| 236 | CIG_KC0138795 | CIG_KC0138795 | |
| 237 | CIG_KC0138965 | CIG_KC0138970 | Cigna 83 |
| 238 | CIG_KC0139405 | CIG_KC0139405 | Cigna 85 |
| 239 | CIG_KC0139584 | CIG_KC0139584 | |
| 240 | CIG_KC0139585 | CIG_KC0139586 | |
| 241 | CIG_KC0139969 | CIG_KC0139970 | |
| 242 | CIG_KC0139971 | CIG_KC0139971 | |
| 243 | CIG_KC0141950 | CIG_KC0141951 | |
| 244 | CIG_KC0142183 | CIG_KC0142190 | Cigna Opp 01 |
| 245 | CIG_KC0142241 | CIG_KC0142243 | |
| 246 | CIG_KC0142696 | CIG_KC0142697 | Cigna 80 |
| 247 | CIG_KC0143028 | CIG_KC0143029 | |
| 248 | CIG_KC0143031 | CIG_KC0143031 | |
| 249 | CIG_KC0143065 | CIG_KC0143065 | |
| 250 | CIG_KC0143580 | CIG_KC0143581 | Cigna 84 |
| 251 | CIG_KC0143995 | CIG_KC0143995 | |
| 252 | CIG_KC0145558 | CIG_KC0145563 | |
| 253 | CIG_KC0145635 | CIG_KC0145635 | |
| 254 | CIG_KC0145639 | CIG_KC0145639 | |
| 255 | CIG_KC0145673 | CIG_KC0145677 | |
| 256 | CIG_KC0146087 | CIG_KC0146090 | |
| 257 | CIG_KC0146109 | CIG_KC0146112 | Cigna 82 |
| 258 | CIG_KC0146543 | CIG_KC0146543 | |
| 259 | CIG_KC0146674 | CIG_KC0146677 | |
| 260 | CIG_KC0146678 | CIG_KC0146678 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 261 | CIG_KC0147020 | CIG_KC0147022 | |
| 262 | CIG_KC0147761 | CIG_KC0147761 | |
| 263 | CIG_KC0148279 | CIG_KC0148279 | |
| 264 | CIG_KC0148280 | CIG_KC0148280 | |
| 265 | CIG_KC0148307 | CIG_KC0148308 | |
| 266 | CIG_KC0148309 | CIG_KC0148312 | |
| 267 | CIG_KC0148313 | CIG_KC0148316 | |
| 268 | CIG_KC0148317 | CIG_KC0148318 | |
| 269 | CIG_KC0154934 | CIG_KC0154934 | Cigna Opp 02 |
| 270 | CIG_KC0155139 | CIG_KC0155142 | Cigna 81 |
| 271 | CIG_KC0155441 | CIG_KC0155447 | |
| 272 | CIG_KC0155466 | CIG_KC0155466 | |
| 273 | CIG_KC0155467 | CIG_KC0155467 | |
| 274 | CIG_KC0156276 | CIG_KC0156276 | |
| 275 | CIG_KC0156277 | CIG_KC0156288 | |
| 276 | CIG_KC0157253 | CIG_KC0157255 | |
| 277 | CIG_KC0157559 | CIG_KC0157575 | |
| 278 | CIG_KC0157660 | CIG_KC0157663 | |
| 279 | CIG_KC0157782 | CIG_KC0157800 | |
| 280 | CIG_KC0159305 | CIG_KC0159310 | |
| 281 | CIG_KC0159530 | CIG_KC0159531 | |
| 282 | CIG_KC0160139 | CIG_KC0160139 | Cisar U |
| 283 | CIG_KC0161020 | CIG_KC0161020 | |
| 284 | CIG_KC0161021 | CIG_KC0161021 | |
| 285 | CIG_KC0161237 | CIG_KC0161246 | |
| 286 | CIG_KC0161667 | CIG_KC0161673 | |
| 287 | CIG_KC0161675 | CIG_KC0161675 | |
| 288 | CIG_KC0161928 | CIG_KC0161928 | |
| 289 | CIG_KC0163384 | CIG_KC0163391 | |
| 290 | CIG_KC0163790 | CIG_KC0163791 | Cisar T |
| 291 | CIG_KC0164003 | CIG_KC0164008 | |
| 292 | CIG_KC0164056 | CIG_KC0164058 | |
| 293 | CIG_KC0164104 | CIG_KC0164116 | |
| 294 | CIG_KC0167744 | CIG_KC0167745 | |
| 295 | CIG_KC0167747 | CIG_KC0167749 | |
| 296 | CIG_KC0171279 | CIG_KC0171281 | |
| 297 | CIG_KC0171290 | CIG_KC0171290 | |
| 298 | CIG_KC0171496 | CIG_KC0171497 | Cisar W |
| 299 | CIG_KC0171619 | CIG_KC0171630 | |
| 300 | CIG_KC0173046 | CIG_KC0173046 | |
| 301 | CIG_KC0173193 | CIG_KC0173194 | |
| 302 | CIG_KC0173196 | CIG_KC0173196 | |
| 303 | CIG_KC0173516 | CIG_KC0173517 | |
| 304 | CIG_KC0173519 | CIG_KC0173521 | |
| 305 | CIG_KC0173734 | CIG_KC0173734 | |
| 306 | CIG_KC0175963 | CIG_KC0175966 | |
| 307 | CIG_KC0177610 | CIG_KC0177614 | |
| 308 | CIG_KC0181819 | CIG_KC0181825 | |
| 309 | CIG_KC0181827 | CIG_KC0181833 | |
| 310 | CIG_KC0181841 | CIG_KC0181844 | |
| 311 | CIG_KC0181845 | CIG_KC0181845 | |
| 312 | CIG_KC0181846 | CIG_KC0181846 | |

Cigna's List of Proposed Exhibits

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|     | Bates - Begin | Bates - End | SJ Ex. # |
|-----|---------------|-------------|----------|
| 313 | CIG_KC0182928 | CIG_KC0182932 | |
| 314 | CIG_KC0182933 | CIG_KC0182940 | |
| 315 | CIG_KC0182941 | CIG_KC0182944 | |
| 316 | CIG_KC0182945 | CIG_KC0182947 | |
| 317 | CIG_KC0184321 | CIG_KC0184324 | |
| 318 | CIG_KC0184350 | CIG_KC0184353 | |
| 319 | CIG_KC0184373 | CIG_KC0184378 | |
| 320 | CIG_KC0184379 | CIG_KC0184382 | |
| 321 | CIG_KC0187764 | CIG_KC0187816 | Cigna 66; Cigna Opp 21 |
| 322 | CIG_KC0188453 | CIG_KC0188471 | |
| 323 | CIG_KC0188836 | CIG_KC0188838 | |
| 324 | CIG_KC0188839 | CIG_KC0188839 | |
| 325 | CIG_KC0188980 | CIG_KC0188984 | |
| 326 | CIG_KC0188985 | CIG_KC0189014 | |
| 327 | CIG_KC0189015 | CIG_KC0189039 | |
| 328 | CIG_KC0189040 | CIG_KC0189126 | |
| 329 | CIG_KC0189188 | CIG_KC0189188 | |
| 330 | CIG_KC0189189 | CIG_KC0189189 | |
| 331 | CIG_KC0189190 | CIG_KC0189190 | |
| 332 | CIG_KC0189191 | CIG_KC0189191 | |
| 333 | CIG_KC0189192 | CIG_KC0189192 | |
| 334 | CIG_KC0189193 | CIG_KC0189211 | |
| 335 | CIG_KC0189212 | CIG_KC0189228 | |
| 336 | CIG_KC143062 | CIG_KC143064 | |
| 337 | CIG-KC0001260 | CIG-KC0001266 | |
| 338 | CIG-PA0000009 | CIG-PA0000009 | |
| 339 | CIG-PA0000052 | CIG-PA0000054 | |
| 340 | CIG-PA0000055 | CIG-PA0000060 | |
| 341 | CIG-PA0000175 | CIG-PA0000179 | |
| 342 | CIG-PA0000369 | CIG-PA0000369 | |
| 343 | CIG-PA0000398 | CIG-PA0000401 | |
| 344 | CIG-PA0003702 | CIG-PA0003715 | |
| 345 | CO Brain & Spine-00005010 | CO Brain & Spine-00005012 | Cigna 36 |
| 346 | CO Brain & Spine-00006456 | CO Brain & Spine-00006456 | Cigna 61 |
| 347 | CO Brain & Spine-00008812 | CO Brain & Spine-00008813 | |
| 348 | CO Brain & Spine-00008813 | CO Brain & Spine-00008815 | |
| 349 | CO Brain & Spine-00058895 | CO Brain & Spine-00058896 | |
| 350 | CO Brain & Spine-00064610 | CO Brain & Spine-00064611 | |
| 351 | CO Brain Spine-00022484 | CO Brain Spine-00022485 | |
| 352 | CO Foot & Ankle-00002076 | CO Foot & Ankle-00002077 | |
| 353 | CO Foot & Ankle-00002107 | CO Foot & Ankle-00002108 | |
| 354 | CO Foot & Ankle-00002534 | CO Foot & Ankle-00002536 | |
| 355 | CO Foot & Ankle-00011321 | CO Foot & Ankle-00011321 | |
| 356 | CO Foot & Ankle-00011592 | CO Foot & Ankle-00011594 | |
| 357 | CO Foot & Ankle-00011595 | CO Foot & Ankle-00011597 | |
| 358 | HONE00068701 | HONE00068702 | |
| 359 | HONE00092182 | HONE00092183 | |
| 360 | HONE00092809 | HONE00092809 | |
| 361 | HONE00092810 | HONE00092811 | |
| 362 | HSC00024137 | HSC00024143 | |
| 363 | HSC00037013 | HSC00037013 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 364 | HSC00063530 | HSC00063532 | |
| 365 | HSC00161391 | HSC00161411 | |
| 366 | HSC00174361 | HSC00174362 | |
| 367 | HSC00174592 | HSC00174594 | |
| 368 | HSC-CI G00233464 | HSC-CI G00233467 | |
| 369 | HSC-CIG00174597 | HSC-CIG00174598 | |
| 370 | HSC-CIG00174635 | HSC-CIG00174635 | Cisar Z |
| 371 | HSC-CIG00176195 | HSC-CIG00176205 | |
| 372 | HSC-CIG00178262 | HSC-CIG00178262 | Cigna 10 |
| 373 | HSC-CIG00184390 | HSC-CIG00184392 | |
| 374 | HSC-CIG00189181 | HSC-CIG00189187 | |
| 375 | HSC-CIG00189419 | HSC-CIG00189422 | Cigna 37 |
| 376 | HSC-CIG00195059 | HSC-CIG00195065 | |
| 377 | HSC-CIG00205569 | HSC-CIG00205569 | |
| 378 | HSC-CIG00205570 | HSC-CIG00205570 | |
| 379 | HSC-CIG00233466 | HSC-CIG00233467 | |
| 380 | HSC-CIG00234009 | HSC-CIG00234014 | |
| 381 | HSC-CIG00235258 | HSC-CIG00235265 | |
| 382 | HSC-CIG00243480 | HSC-CIG00243480 | |
| 383 | HSC-CIG00243484 | HSC-CIG00243484 | |
| 384 | KCSC00000635 | KCSC00000635 | |
| 385 | KCSC00002050 | KCSC00002050 | |
| 386 | KCSC00008588 | KCSC00008594 | Cigna 48 |
| 387 | KCSC00055324 | KCSC00055324 | |
| 388 | KCSC00077261 | KCSC00077262 | |
| 389 | KCSC00077273 | KCSC00077275 | Cigna 55 |
| 390 | KCSC00085766 | KCSC00085773 | |
| 391 | KCSC00089581 | KCSC00089597 | |
| 392 | KCSC00095336 | KCSC00095340 | |
| 393 | KCSC00096706 | KCSC00096706 | |
| 394 | KCSC00096707 | KCSC00096707 | |
| 395 | KCSC00103071 | KCSC00103072 | |
| 396 | KCSC00127372 | KCSC00127374 | Cigna 45 |
| 397 | KCSC00137844 | KCSC00137846 | |
| 398 | KCSC00140813 | KCSC00140813 | |
| 399 | KCSC00140822 | KCSC00140823 | |
| 400 | KCSC00140952 | KCSC00140955 | |
| 401 | KCSC00141019 | KCSC00141024 | |
| 402 | KCSC00141028 | KCSC00141030 | |
| 403 | KCSC00141050 | KCSC00141051 | |
| 404 | KCSC00141050 | KCSC00141051 | |
| 405 | KCSC00141176 | KCSC00141176 | |
| 406 | KCSC00141185 | KCSC00141185 | |
| 407 | KCSC00141202 | KCSC00141204 | |
| 408 | KCSC00142130 | KCSC00142130 | |
| 409 | KCSC00143648 | KCSC00143649 | |
| 410 | KCSC00147415 | KCSC00147416 | |
| 411 | KCSC00152815 | KCSC00152819 | |
| 412 | KCSC00152820 | KCSC00152824 | |
| 413 | KCSC00153121 | KCSC00153123 | |
| 414 | KCSC00153124 | KCSC00153124 | |
| 415 | KCSC00157690 | KCSC00157692 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 416 | KCSC00159154 | KCSC00159157 | |
| 417 | KCSC00160736 | KCSC00160737 | |
| 418 | KCSC00160738 | KCSC00160741 | |
| 419 | KCSC00161046 | KCSC00161047 | |
| 420 | KCSC00162251 | KCSC00162252 | |
| 421 | KCSC00168308 | KCSC00168309 | |
| 422 | KCSC00168379 | KCSC00168379 | |
| 423 | KCSC00168381 | KCSC00168388 | |
| 424 | KCSC00168474 | KCSC00168478 | |
| 425 | KCSC00168493 | KCSC00168495 | |
| 426 | KCSC00182609 | KCSC00182621 | |
| 427 | KCSC00207067 | KCSC00207070 | |
| 428 | KCSC00209406 | KCSC00209406 | Cigna 44 |
| 429 | KCSC00216168 | KCSC00216169 | |
| 430 | KCSC00216242 | KCSC00216245 | Cigna 43; Cigna Opp 22 |
| 431 | KCSC00216287 | KCSC00216288 | |
| 432 | KCSC-CIG00216603 | KCSC-CIG00216603 | |
| 433 | KCSC-CIG00216798 | KCSC-CIG00216799 | |
| 434 | KCSC-CIG00221203 | KCSC-CIG00221203 | |
| 435 | KCSC-CIG00226606 | KCSC-CIG00226606 | |
| 436 | KCSC-CIG00227929 | KCSC-CIG00227929 | |
| 437 | KCSC-CIG00227938 | KCSC-CIG00227938 | |
| 438 | KCSC-CIG00229918 | KCSC-CIG00229921 | |
| 439 | KCSC-CIG00234868 | KCSC-CIG00234872 | Cigna 22 |
| 440 | KCSC-CIG00268402 | KCSC-CIG00268402 | |
| 441 | KCSC-CIG00268403 | KCSC-CIG00268403 | |
| 442 | KCSC-CIG00271784 | KCSC-CIG00271784 | |
| 443 | KCSC-CIG00287001 | KCSC-CIG00287002 | |
| 444 | KCSC-CIG00295640 | KCSC-CIG00295640 | Cigna Reply 87 |
| 445 | KCSC-CIG00296002 | KCSC-CIG00296002 | |
| 446 | KCSC-CIG00308837 | KCSC-CIG00308838 | Cigna Reply 88 |
| 447 | KCSC-CIG00310841 | KCSC-CIG00310845 | |
| 448 | KCSC-CIG00313956 | KCSC-CIG00313956 | Cigna 39 |
| 449 | KCSC-CIG00315157 | KCSC-CIG00315160 | |
| 450 | KCSC-CIG00321051 | KCSC-CIG00321054 | |
| 451 | KCSC-CIG00322452 | KCSC-CIG00322453 | Cigna 40 |
| 452 | KCSC-CIG00322749 | KCSC-CIG00322749 | |
| 453 | KCSC-CIG00323210 | KCSC-CIG00323211 | |
| 454 | KCSC-CIG00324644 | KCSC-CIG00324646 | |
| 455 | KCSC-CIG00335063 | KCSC-CIG00335066 | Cigna 35 |
| 456 | KCSC-CIG00339654 | KCSC-CIG00339655 | |
| 457 | KSC00109041 | KSC00109042 | |
| 458 | Prusmack-00000126 | Prusmack-00000126 | |
| 459 | Prusmack-00000276 | Prusmack-00000279 | |
| 460 | Prusmack-00000461 | Prusmack-00000463 | |
| 461 | Prusmack-00000503 | Prusmack-00000503 | |
| 462 | Prusmack-00003146 | Prusmack-00003154 | |
| 463 | Prusmack-00004480 | Prusmack-00004480 | |
| 464 | SCD00000561 | SCD00000576 | |
| 465 | SCD00002038 | SCD00002039 | Cigna Opp 06 |
| 466 | SCD00005893 | SCD00005898 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|     | Bates - Begin | Bates - End | SJ Ex. # |
|-----|---------------|-------------|----------|
| 467 | SCD00017309 | SCD00017309 | |
| 468 | SCD00030570 | SCD00030572 | |
| 469 | SCD00036760 | SCD00036761 | |
| 470 | SCD00036760 | SCD00036761 | |
| 471 | SCD00036996 | SCD00036997 | |
| 472 | SCD00036996 | SCD00036997 | |
| 473 | SCD00037014 | SCD00037014 | |
| 474 | SCD00037014 | SCD00037016 | |
| 475 | SCD00040152 | SCD00040154 | |
| 476 | SCD00040413 | SCD00040415 | |
| 477 | SCD00040642 | SCD00040645 | |
| 478 | SCD00040841 | SCD00040843 | |
| 479 | SCD00046513 | SCD00046514 | |
| 480 | SCD00046872 | SCD00046882 | |
| 481 | SCD00048265 | SCD00048265 | |
| 482 | SCD00048346 | SCD00048347 | |
| 483 | SCD00049099 | SCD00049099 | |
| 484 | SCD00051026 | SCD00051028 | |
| 485 | SCD00051030 | SCD00051034 | |
| 486 | SCD00051043 | SCD00051043 | |
| 487 | SCD00051077 | SCD00051078 | |
| 488 | SCD00051079 | SCD00051080 | Cigna 58 |
| 489 | SCD00051236 | SCD00051236 | |
| 490 | SCD00051241 | SCD00051241 | |
| 491 | SCD00051424 | SCD00051424 | |
| 492 | SCD00051489 | SCD00051492 | |
| 493 | SCD00052862 | SCD00052864 | |
| 494 | SCD00053098 | SCD00053103 | |
| 495 | SCD00053751 | SCD00053751 | |
| 496 | SCD00061528 | SCD00061529 | |
| 497 | SCD00063389 | SCD00063396 | |
| 498 | SCD00066456 | SCD00066456 | |
| 499 | SCD00067984 | SCD00068002 | |
| 500 | SCD00069557 | SCD00069557 | |
| 501 | SCD00070549 | SCD00070554 | |
| 502 | SCD00077803 | SCD00077807 | |
| 503 | SCD00078782 | SCD00078784 | |
| 504 | SCD00085888 | SCD00085890 | |
| 505 | SCD00088325 | SCD00088326 | |
| 506 | SCD00089657 | SCD00089657 | |
| 507 | SCD00090217 | SCD00090218 | |
| 508 | SCD00093368 | SCD00093371 | |
| 509 | SCD00093390 | SCD00093391 | |
| 510 | SCD00095151 | SCD00095153 | |
| 511 | SCD00112640 | SCD00112642 | |
| 512 | SCD00113262 | SCD00113262 | |
| 513 | SCD00124034 | SCD00124038 | |
| 514 | SCD00124334 | SCD00124336 | |
| 515 | SCD00126800 | SCD00126802 | |
| 516 | SCD00126936 | SCD00126938 | |
| 517 | SCD00128020 | SCD00128023 | |
| 518 | SCD00129531 | SCD00129534 | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 519 | SCD00135567 | SCD00135604 |  |
| 520 | SCD00136355 | SCD00136357 |  |
| 521 | SCD00136394 | SCD00136396 |  |
| 522 | SCD00136430 | SCD00136434 |  |
| 523 | SCD00136462 | SCD00136463 |  |
| 524 | SCD00136712 | SCD00136715 |  |
| 525 | SCD00136712 | SCD00136715 |  |
| 526 | SCD00137039 | SCD00137042 |  |
| 527 | SCD00137234 | SCD00137238 | Cigna 62 |
| 528 | SCD00137578 | SCD00137579 |  |
| 529 | SCD00137589 | SCD00137591 |  |
| 530 | SCD00137630 | SCD00137630 |  |
| 531 | SCD00137635 | SCD00137637 |  |
| 532 | SCD00137675 | SCD00137676 |  |
| 533 | SCD00137677 | SCD00137705 |  |
| 534 | SCD00137780 | SCD00137781 |  |
| 535 | SCD00306155 | SCD00306157 |  |
| 536 | SCD00390638 | SCD00390640 |  |
| 537 | SCD00393674 | SCD00393685 |  |
| 538 | SCD00393761 | SCD00393763 |  |
| 539 | SCD00394561 | SCD00394564 |  |
| 540 | SCD00394733 | SCD00394733 | Cigna 18 |
| 541 | SCD00395186 | SCD00395187 |  |
| 542 | SCD00396214 | SCD00396215 |  |
| 543 | SCD00396400 | SCD00396401 |  |
| 544 | SCD00396464 | SCD00396465 |  |
| 545 | SCD00396894 | SCD00396895 |  |
| 546 | SCD00398254 | SCD00398259 | Cigna Opp 24 |
| 547 | SCD00398302 | SCD00398303 |  |
| 548 | SCD00398383 | SCD00398387 |  |
| 549 | SCD00398756 | SCD00398759 |  |
| 550 | SCD00398841 | SCD00398842 |  |
| 551 | SCD00399552 | SCD00399552 |  |
| 552 | SCD00399798 | SCD00399799 |  |
| 553 | SCD00399896 | SCD00399901 | Cigna 54 |
| 554 | SCD00400060 | SCD00400061 |  |
| 555 | SCD00402447 | SCD00402453 |  |
| 556 | SCD00402455 | SCD00402455 |  |
| 557 | SCD00402793 | SCD00402793 |  |
| 558 | SCD00403025 | SCD00403025 |  |
| 559 | SCD00405105 | SCD00405106 |  |
| 560 | SCD00405107 | SCD00405110 |  |
| 561 | SCD00408740 | SCD00408745 |  |
| 562 | SCD00413680 | SCD00413680 |  |
| 563 | SCD00416305 | SCD00416307 |  |
| 564 | SCD00417881 | SCD00417895 |  |
| 565 | SCD00420805 | SCD00420806 |  |
| 566 | SCD00422010 | SCD00422057 | Cigna 52 |
| 567 | SCD00422067 | SCD00422067 |  |
| 568 | SCDC-CIG00578439 | SCDC+CIG00578440 |  |
| 569 | SCDC00003334 | SCDC00003335 | Cigna 63 |
| 570 | SCDC00004333 | SCDC00004335 |  |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 571 | SCDC00004333 | SCDC00004335 | |
| 572 | SCDC00006658 | SCDC00006658 | |
| 573 | SCDC00009944 | SCDC00009947 | Cigna 46 |
| 574 | SCDC00010118 | SCDC00010118 | |
| 575 | SCDC00012160 | SCDC00012165 | |
| 576 | SCDC00028884 | SCDC00028886 | |
| 577 | SCDC00030120 | SCDC00030121 | |
| 578 | SCDC00030964 | SCDC00030965 | |
| 579 | SCDC00038638 | SCDC00038638 | |
| 580 | SCDC00047277 | SCDC00047281 | |
| 581 | SCDC00060620 | SCDC00060623 | |
| 582 | SCDC00062762 | SCDC00062763 | |
| 583 | SCDC00065989 | SCDC00065990 | |
| 584 | SCDC00067742 | SCDC00067747 | |
| 585 | SCDC00070467 | SCDC00070478 | |
| 586 | SCDC00071348 | SCDC00071350 | |
| 587 | SCDC00073098 | SCDC00073098 | |
| 588 | SCDC00075449 | SCDC00075453 | |
| 589 | SCDC00075651 | SCDC00075652 | |
| 590 | SCDC00104205 | SCDC00104207 | |
| 591 | SCDC00119969 | SCDC00119972 | |
| 592 | SCDC00121173 | SCDC00121178 | |
| 593 | SCDC00125755 | SCDC00125759 | |
| 594 | SCDC00125768 | SCDC00125771 | |
| 595 | SCDC00129116 | SCDC00129120 | |
| 596 | SCDC00129116 | SCDC00129120 | |
| 597 | SCDC00129194 | SCDC00129200 | |
| 598 | SCDC00129473 | SCDC00129475 | |
| 599 | SCDC00129527 | SCDC00129528 | |
| 600 | SCDC00131626 | SCDC00131628 | |
| 601 | SCDC00135938 | SCDC00135939 | |
| 602 | SCDC00147200 | SCDC00147203 | |
| 603 | SCDC00147751 | SCDC00147753 | |
| 604 | SCDC00153847 | SCDC00153848 | |
| 605 | SCDC00154181 | SCDC00154182 | |
| 606 | SCDC00158642 | SCDC00158643 | Cigna 38 |
| 607 | SCDC00168380 | SCDC00168380 | |
| 608 | SCDC00266057 | SCDC00266057 | |
| 609 | SCDC00306155 | SCDC00306157 | |
| 610 | SCDC00306155 | SCDC00306157 | |
| 611 | SCDC00306435 | SCDC00306450 | |
| 612 | SCDC00340283 | SCDC00340283 | |
| 613 | SCDC00374822 | SCDC00374823 | Cigna 32 |
| 614 | SCDC00396332 | SCDC00396333 | |
| 615 | SCDC-CIG00377381 | SCDC-CIG00377382 | |
| 616 | SCDC-CIG00377377 | SCDC-CIG00377386 | |
| 617 | SCDC-CIG00378624 | SCDC-CIG00378629 | |
| 618 | SCDC-CIG00378630 | SCDC-CIG00378630 | |
| 619 | SCDC-CIG00379786 | SCDC-CIG00379789 | |
| 620 | SCDC-CIG00392685 | SCDC-CIG00392685 | |
| 621 | SCDC-CIG00397685 | SCDC-CIG00397685 | |
| 622 | SCDC-CIG00430258 | SCDC-CIG00430259 | Cigna Opp 04 |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | *Bates - Begin* | *Bates - End* | *SJ Ex. #* |
|---|---|---|---|
| 623 | SCDC-CIG00430260 | SCDC-CIG00430260 |  |
| 624 | SCDC-CIG00430261 | SCDC-CIG00430261 |  |
| 625 | SCDC-CIG00447203 | SCDC-CIG00447204 |  |
| 626 | SCDC-CIG00477592 | SCDC-CIG00477594 |  |
| 627 | SCDC-CIG00488516 | SCDC-CIG00488518 |  |
| 628 | SCDC-CIG00505984 | SCDC-CIG00505987 |  |
| 629 | SCDC-CIG00559104 | SCDC-CIG00559158 | Cigna Opp 20 |
| 630 | SCDC-CIG00577922 | SCDC-CIG00577922 |  |
| 631 | SCDC-CIG00580186 | SCDC-CIG00580189 |  |
| 632 | SCD-CIG00053116 | SCD-CIG00053118 |  |
| 633 | SCD-CIG00155510 | SCD-CIG00155510 |  |
| 634 | SCD-CIG00169247 | SCD-CIG00169253 |  |
| 635 | SCD-CIG00169254 | SCD-CIG00169254 |  |
| 636 | SCD-CIG00169827 | SCD-CIG00169832 | Cigna 13 |
| 637 | SCD-CIG00172202 | SCD-CIG00172205 |  |
| 638 | SCD-CIG00173365 | SCD-CIG00173365 |  |
| 639 | SCD-CIG00173395 | SCD-CIG00173440 | Cigna 26 |
| 640 | SCD-CIG00187248 | SCD-CIG00187249 |  |
| 641 | SCD-CIG00193381 | SCD-CIG00193382 |  |
| 642 | SCD-CIG00197401 | SCD-CIG00197402 |  |
| 643 | SCD-CIG00222428 | SCD-CIG00222433 |  |
| 644 | SCD-CIG00235929 | SCD-CIG00235931 |  |
| 645 | SCD-CIG00237263 | SCD-CIG00237263 | Cigna 51 |
| 646 | SCD-CIG00261719 | SCD-CIG00261723 |  |
| 647 | SCD-CIG00262061 | SCD-CIG00262065 |  |
| 648 | SCD-CIG00262075 | SCD-CIG00262080 |  |
| 649 | SCD-CIG00273350 | SCD-CIG00273371 |  |
| 650 | SCD-CIG00274967 | SCD-CIG00274972 |  |
| 651 | SCD-CIG00302417 | SCD-CIG00302419 |  |
| 652 | SCD-CIG00318805 | SCD-CIG00318809 |  |
| 653 | SCD-CIG00318828 | SCD-CIG00318833 |  |
| 654 | SCD-CIG00319200 | SCD-CIG00319200 |  |
| 655 | SCD-CIG00319201 | SCD-CIG00319213 |  |
| 656 | SCD-CIG00336762 | SCD-CIG00336767 |  |
| 657 | SCD-CIG00378633 | SCD-CIG00378635 |  |
| 658 | SCD-CIG00390794 | SCD-CIG00390802 |  |
| 659 | SCD-CIG00459767 | SCD-CIG00459772 |  |
| 660 | SCD-CIG00460658 | SCD-CIG00460664 |  |
| 661 | SCD-CIG00465426 | SCD-CIG00465634 |  |
| 662 | SCD-CIG00466938 | SCD-CIG00466938 |  |
| 663 | SCD-CIG00470908 | SCD-CIG00470908 |  |
| 664 | SCD-CIG00496392 | SCD-CIG00496393 | Cigna 47 |
| 665 | SCD-CIG00503128 | SCD-CIG00503131 |  |
| 666 | SCD-CIG00503326 | SCD-CIG00503328 |  |
| 667 | SCD-CIG00504229 | SCD-CIG00504229 |  |
| 668 | SCD-CIG00515442 | SCD-CIG00515442 |  |
| 669 | SCD-CIG00515449 | SCD-CIG00515472 |  |
| 670 | SCD-CIG00518624 | SCD-CIG00518627 |  |
| 671 | SCD-CIG00548114 | SCD-CIG00548114 |  |
| 672 | SCD-CIG00548117 | SCD-CIG00548118 |  |
| 673 | SCD-CIG00578049 | SCD-CIG00578137 |  |
| 674 | SCD-CIG00578238 | SCD-CIG00578238 |  |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)

October 26, 2015

|  | *Bates - Begin* | *Bates - End* | *SJ Ex. #* |
|---|---|---|---|
| 675 | SCD-CIG00578275 | SCD-CIG00578277 |  |
| 676 | SCD-CIG00578496 | SCD-CIG00578498 |  |
| 677 | SCD-CIG00579158 | SCD-CIG00579169 |  |
| 678 | SCD-CIG00586829 | SCD-CIG00586829 |  |
| 679 | SCD-CIG00598583 | SCD-CIG00598586 |  |
| 680 | SCD-CIG00605882 | SCD-CIG00605888 |  |
| 681 | SCD-CIG00605900 | SCD-CIG00605906 |  |
| 682 | SCD-CIG00635231 | SCD-CIG00635233 | Cigna Opp 18 |
| 683 | SCD-CIG00635237 | SCD-CIG00635238 |  |
| 684 | SCD-CIG00637841 | SCD-CIG00637843 |  |
| 685 | SCD-CIG00655765 | SCD-CIG00655769 | Cigna Opp 13 |
| 686 | SCD-CIG00656608 | SCD-CIG00656609 |  |
| 687 | SCD-CIG00661037 | SCD-CIG00661041 |  |
| 688 | SCD-CIG00663404 | SCD-CIG00663408 |  |
| 689 | SCD-CIG00665321 | SCD-CIG00665326 |  |
| 690 | SCD-CIG00670702 | SCD-CIG00670703 |  |
| 691 | SCD-CIG00681163 | SCD-CIG00681163 |  |
| 692 | SCD-CIG00689705 | SCD-CIG00689743 |  |
| 693 | SCD-CIG00689799 | SCD-CIG00689802 |  |
| 694 | SCD-CIG00689861 | SCD-CIG00689862 |  |
| 695 | SCD-CIG00697860 | SCD-CIG00697860 |  |
| 696 | SCD-CIG00697868 | SCD-CIG00697868 |  |
| 697 | SCD-CIG00712157 | SCD-CIG00712157 |  |
| 698 | SCD-CIG00712158 | SCD-CIG00712175 |  |
| 699 | SCD-CIG00743691 | SCD-CIG00743691 |  |
| 700 | SCD-CIG00746140 | SCD-CIG00746140 |  |
| 701 | SCD-CIG00747194 | SCD-CIG00747194 |  |
| 702 | SCD-CIG00747388 | SCD-CIG00747388 |  |
| 703 | UHC0000001 | UHC0000001 |  |
| 704 | UHC0006356 | UHC0006398 |  |
| 705 | UHC0007774 | UHC0007776 |  |
| 706 | UHC0011690 | UHC0011691 |  |
| 707 | WSC-CIG00000892 | WSC-CIG00000893 |  |
| 708 | WSC-CIG00000893 | WSC-CIG00000893 |  |
| 709 | WSC-CIG00047811 | WSC-CIG00047813 | Cigna 57 |
| 710 | WSC-CIG00049505 | WSC-CIG00049505 |  |
| 711 | WSC-CIG00049841 | WSC-CIG00049875 |  |
| 712 | WSC-CIG00054671 | WSC-CIG00054672 |  |
| 713 | WSC-CIG00059877 | WSC-CIG00059877 |  |
| 714 | WSC-CIG00060140 | WSC-CIG00060207 |  |
| 715 | WSC-CIG00062410 | WSC-CIG00062412 |  |
| 716 | WSC-CIG00062416 | WSC-CIG00062419 |  |
| 717 | WSC-CIG00064231 | WSC-CIG00064231 |  |
| 718 | WSC-CIG00064234 | WSC-CIG00064234 |  |
| 719 | WSC-CIG00089333 | WSC-CIG00089333 |  |
| 720 | WSC-CIG00089844 | WSC-CIG00089845 |  |
| 721 | WSC-CIG00135862 | WSC-CIG00135864 |  |
| 722 | WSC-CIG00136963 | WSC-CIG00136963 |  |
| 723 | WSC-CIG00137331 | WSC-CIG00137334 | Cigna 59 |
| 724 | WSC-CIG00139419 | WSC-CIG00139420 |  |
| 725 | WSC-CIG00140232 | WSC-CIG00140249 |  |
| 726 | WSC-CIG00140338 | WSC-CIG00140342 |  |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 727 | WSC-CIG00161390 | WSC-CIG00161393 |  |
| 728 | WSC-CIG00162995 | WSC-CIG00162995 |  |
| 729 | WSC-CIG00162998 | WSC-CIG00162998 |  |
| 730 | WSC-CIG00166917 | WSC-CIG00166919 |  |
| 731 | WSC-CIG00168384 | WSC-CIG00168390 |  |
| 732 | WSC-CIG00169501 | WSC-CIG00169501 |  |
| 733 | WSC-CIG00178695 | WSC-CIG00178743 |  |
| 734 | WSC-CIG00267022 | WSC-CIG00267022 |  |
| 735 | WSC-CIG00347594 | WSC-CIG00347594 |  |
| 736 | WSC-CIG00347595 | WSC-CIG00347595 |  |
| 737 | WSC-CIG00348423 | WSC-CIG00348423 |  |
| 738 | WSC-CIG00348767 | WSC-CIG00348767 |  |
| 739 | WSC-CIG00349182 | WSC-CIG00349182 |  |
| 740 | WSC-CIG00351699 | WSC-CIG00351724 |  |
| 741 | WSC-CIG00351724 | WSC-CIG00351724 |  |
| 742 | WSC-CIG00352227 | WSC-CIG00352227 | Cigna 31 |
| 743 | WSC-CIG00352230 | WSC-CIG00352230 |  |
| 744 | WSC-CIG00352240 | WSC-CIG00352240 |  |
| 745 | WSC-CIG00352267 | WSC-CIG00352287 |  |
| 746 | WSC-CIG00362228 | WSC-CIG00362229 |  |
| 747 | Kennedy v. Conn. General Life Ins. Co., 924 F.2d 698 (7th Cir. 1991) |  |  |
| 748 | Cigna's Counterclaims Ex. 2, ASO Plan |  | Cisar A |
| 749 | Handwritten CASCA/CAHP Notes |  | Cigna 75 |
| 750 | Colorado Springs Gazette, "Medical Bill Saga is Top of Morass of Healthcare Issues," (Dec. 29, 2012), available at http://gazette.com/medicalbillsagaistipof morassofhealthcareissues/article/14910 2 |  |  |
| 751 | Arapahoe Surgery Center, LLC's Response to Cigna's First Set of Interrogatories |  |  |
| 752 | Cherry Creek Surgery Center, LLC's Response to Cigna's First Set of Interrogatories |  |  |
| 753 | Hampden Surgery Center, LLC's Response to Cigna's First Set of Interrogatories |  |  |
| 754 | Kissing Camels Surgery Center, LLC's Response to Cigna's First Set of Interrogatories |  |  |
| 755 | SurgCenter of Bel Air, LLC's Response to Cigna's First Set of Interrogatories |  |  |
| 756 | Surgical Center Development, LLC's Response to Cigna's First Set of Interrogatories |  |  |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 757 | Westminster Surgery Center, LLC's Response to Cigna's First Set of Interrogatories | | |
| 758 | Interim Arbitration Award on Claimant's Motion for Interim (Emergency Injunctive) Relief, Colorado Brain & Spine Institute, LLC, PC v. CIGNA Healthcare of Colorado, Inc. | | |
| 759 | Arapahoe Surgery Center, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 760 | Cherry Creek Surgery Center, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 761 | Hampden Surgery Center, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 762 | Kissing Camels Surgery Center, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 763 | SurgCenter of Bel Air, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 764 | Surgical Center Development, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 765 | Westminster Surgery Center, LLC's Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 766 | Arapahoe Surgery Center, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 767 | Cherry Creek Surgery Center, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 768 | Hampden Surgery Center, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 769 | Kissing Camels Surgery Center, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 770 | SurgCenter of Bel Air, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 771 | Surgical Center Development, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |
| 772 | Westminster Surgery Center, LLC's Second Supplemental Responses to Cigna's First Set of Interrogatories | | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

| | Bates - Begin | Bates - End | SJ Ex. # |
|---|---|---|---|
| 773 | Award of Arbitrator, Advanced Orthopedic and Sports Medicine Specialists, P.C. v. CIGNA Healthcare of Colorado, Inc. | | |
| 774 | Award of Arbitrator, Chad J. Prusmack, M.D. v. CIGNA Healthcare of Colorado, Inc. | | |
| 775 | Expert Report of S. May | | Cigna 01; Cigna Opp. 14 |
| 776 | Expert Report of S. May, Appendix 1 | | |
| 777 | Expert Report of S. May, Appendix 2 | | |
| 778 | Expert Report of S. May, Appendix 3 | | |
| 779 | Expert Report of S. May, Exhibit 1 | | |
| 780 | Expert Report of S. May, Exhibit 2a | | |
| 781 | Expert Report of S. May, Exhibit 2b | | |
| 782 | Expert Report of S. May, Exhibit 2c | | |
| 783 | Expert Report of S. May, Exhibit 2d | | |
| 784 | Expert Report of S. May, Exhibit 3a | | |
| 785 | Expert Report of S. May, Exhibit 3b | | |
| 786 | Expert Report of S. May, Exhibit 3c | | |
| 787 | Expert Report of S. May, Exhibit 3d | | |
| 788 | Expert Report of S. May, Exhibit 4 | | |
| 789 | Expert Report of S. May, Exhibit 5 | | |
| 790 | Expert Report of S. May, Figure 1 | | |
| 791 | Expert Report of S. May, Figure 2 | | |
| 792 | Expert Report of S. May, Figure 3 | | |
| 793 | Expert Report of S. May, Figure 4a | | |
| 794 | Expert Report of S. May, Figure 4b | | |
| 795 | Expert Report of S. May, Figure 4c | | |
| 796 | Expert Report of S. May, Figure 4d | | |
| 797 | Expert Report of S. May, Figure 4e | | |
| 798 | Expert Report of S. May, Figure 4f | | |
| 799 | Responsive Expert Report of S. May | | Cigna Opp 16 |
| 800 | Responsive Expert Report of S. May, Appendix 1 | | |
| 801 | Responsive Expert Report of S. May, Exhibit 1a | | |
| 802 | Responsive Expert Report of S. May, Exhibit 1b | | |
| 803 | Responsive Expert Report of S. May, Exhibit 2 | | |
| 804 | Responsive Expert Report of S. May, Exhibit 3 | | |
| 805 | Responsive Expert Report of S. May, Exhibit 4 | | |
| 806 | Responsive Expert Report of S. May, Exhibit 5 | | |
| 807 | Responsive Expert Report of S. May, Figure 1 | | |
| 808 | Responsive Expert Report of S. May, Figure 2 | | |

**Cigna's List of Proposed Exhibits**

*Arapahoe Surgery Center, et al. v. Cigna Healthcare, Inc., et al.*, No. 1:13-cv-3422-WJM-CBS (D. Colo.)
October 26, 2015

|  | *Bates - Begin* | *Bates - End* | *SJ Ex. #* |
|---|---|---|---|
| 809 | Responsive Expert Report of S. May, Figure 3 |  |  |
| 810 | Centura Elliot Depositon Ex. 9 |  |  |
| 811 | Centura McCarthy Deposition Ex. 2 |  |  |
| 812 | Centura McCarthy Dep. Ex. 2 |  |  |
| 813 | Desautels Deposition Ex. 196 |  |  |
| 814 | Desautels Deposition Ex. 197 |  |  |
| 815 | Furmanowski Deposition Ex. 4 |  |  |
| 816 | Streit Deposition Ex. 3 |  |  |
| 817 | Streit Deposition Ex. 35 |  |  |
| 818 | Rule 1006 summary regarding claims detail from Cigna and the ASCs based on claims data produced by each party |  |  |
| 819 | Rule 1006 summary regarding claims samples produced by Cigna and the ASCs |  |  |
| 820 | Rule 1006 summary regarding damage calculations. |  |  |
| 821 | Rule 1006 summary regarding the terms of Cigna-administered plans |  |  |
| 822 | Yelp, "Cherry Creek Surgery Center," available at http://www.yelp.com/biz/cherrycreeksurgerycenterenglewood |  |  |