IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03422-WJM-CBS | Date: November 2, 2015 |
| Courtroom Deputy: Ellen E. Miller | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

ARAPAHOE SURGERY CENTER, LLC, *et al.,*       W. Trevor Brown
                                                            Joe R. Whatley   (By telephone)

Plaintiff,

v.

CIGNA HEALTHCARE INC, *et al.,*                     Joshua Simon
                                                            Edwin P. Aro
                                                            Warren Haskel

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  FINAL PRETRIAL CONFERENCE**
**Court in session:**   8:57 a.m.
Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED:**         **On or before DECEMBER 02, 2015,** parties shall file a REVISED PROPOSED FINAL PRETRIAL ORDER, reflecting the modifications addressed on the record, for the Court's signature.

No further Conference is set.  Upon review of the Revised Proposed Final Pretrial Order, if the Court determins a further final pretrial conference is needed, one will be set by Minute Order.

Hearing Concluded.

**Court in recess:**  9:30 a.m.
Total time in court: 00:33

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.